**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-02-cv-1592 (JCH) |
| | : | |
| BROOKS, ET AL | : | |
|     Defendants | : | SEPTEMBER 30, 2004 |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____  All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_\_\_  A ruling on all pretrial motions except dispositive motions

\_\_\_\_\_  To supervise discovery and resolve discovery disputes

_____  A ruling on the following motion(s) which are currently pending:

_____√\_  A settlement conference.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 30th day of September, 2004.

                                /s/ Janet C. Hall
                                Janet C. Hall
                                United States District Judge