**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | CIVIL NO. 3:02CV1592 (JCH) |
| v. | : | |
| WARDEN BROOKS, ET AL. | : | OCTOBER 5, 2004 |

**DEFENDANTS' REQUEST FOR STATUS CONFERENCE AND MOTION TO MODIFY SCHEDULING ORDER**

The defendants, Warden Brooks, et al., by and through their undersigned counsel and pursuant to Local Rule 16, Rules of the United States District Court for the District of Connecticut., hereby request that the Court schedule this case for a status conference and modification of the scheduling order, particularly concerning the schedule for filing of the joint trial memorandum, in light of the court's recent decision on the defendants' Motion for Summary Judgment.

DEFENDANTS
Warden Brooks, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:  ____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 5th day of October, 2004:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

                                                  _____/s/_____
                                                  Robert F. Vacchelli
                                                  Assistant Attorney General