UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | |
| | : | |
| VS. | : | NO. 3:02CV1592(JCH) |
| | : | |
| WARDEN BROOKS and | : | |
| C.T.O. DIEFENDERFOR | : | NOVEMBER 26, 2004 |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

    1. This is a lawsuit for civil rights violations brought by a convict against correction officers. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

    2. Is there anyone here who would prefer not to sit on a jury concerning a case of this kind?

    3. Does anyone here feel for any reason that convictss who believe that they have been treated illegally and unfairly should not bring suit against correction officers? If so, please explain.

    4. Have you or anyone close to you ever been employed as a policeman, prison guard or by any law enforcement agency in any capacity? If so, please explain.

1

5. Has anyone here or anyone close to you ever been employed by any Governmental unit in the State of Connecticut or elsewhere?

6. Do you know or have you read anything or heard anything about this case, the plaintiff or the defendants or any of the lawyers involved in the case?

7. Has anyone here ever served as an appointed or elected official of state, city or local Government?

8. Has anyone here or anyone close to you ever been involved in any political campaigns or elections in the State of Connecticut?

9. Has anyone here or any close to you ever been employed by an attorney?

10. Would you for any reason tend to favor one side or the other in this case or in regard to the evidence which may be presented?

11. Other things being equal, would you tend to trust or believe the testimony of a prison guard or corrections official more or less than that of an ordinary citizen merely because the testimony came from a public official or employee?

12. Have you or anyone close to you ever been the victim of a crime?

13. Does anyone here belong to any club or organization which in any way is interested in the enforcement or the change of any law or laws or which is in any other way concerned with prisons or law enforcement?

14. Have you or anyone close to you ever been arrested?

15. Have you or anyone close to you ever served time in jail or prison?

16. Have you, or has anyone close to you, ever been a party to a lawsuit? If so, please explain.

17. Where are you employed?

18. Has anyone here ever read any books or articles concerning life in prison or prison conditions?

                        THE PLAINTIFF

                        BY:_____
                            JOHN R. WILLIAMS (ct00215)
                            51 Elm Street
                            New Haven, CT 06510
                            203/562-9931
                            FAX: 203/776-9494
                            E-Mail: jrw@johnrwilliams.com
                            His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Robert F. Vacchelli, Esq., Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105.

_____
JOHN R. WILLIAMS