UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | |
| | : | |
| VS. | : | NO. 3:02CV1592(JCH) |
| | : | |
| WARDEN BROOKS and | : | |
| C.T.O. DIEFENDERFOR | : | NOVEMBER 26, 2004 |

**PLAINTIFF'S PROPOSED VERDICT FORM**

    1. Was the defendant Brooks deliberately indifferent to the serious security or safety needs of the plaintiff?

        Yes_____    No_____

    2. If your answer to Question 1 is "yes," was the deliberate indifference of the defendant Brooks a substantial factor in causing injury to the plaintiff?

        Yes_____    No_____

    3. Was the defendant Diefenderfor deliberately indifferent to the serious security or safety needs of the plaintiff?

        Yes_____    No_____

    4. If your answer to Question 3 is "yes," was the deliberate indifference of the defendant Diefenderfor a substantial factor in causing injury to the plaintiff?

        Yes_____    No_____

5.  If you have answered "yes" to either Question 2 or Question 4, or to both Question2 and Question 4, what amount of money do you award the plaintiff to compensate him for his injuries?

$_____

6.  If you have answered "yes" to Question 2, what amount of money, if any, do you award against defendant Brooks as punitive damages?

$_____

7.  If you have answered "yes" to Question 4, what amount of money, if any, do you award against defendant Diefenderfor as punitive damages?

$_____

THE PLAINTIFF

BY:_____
　　　JOHN R. WILLIAMS (ct00215)
　　　51 Elm Street
　　　New Haven, CT 06510
　　　203/562-9931
　　　FAX: 203/776-9494
　　　E-Mail: jrw@johnrwilliams.com
　　　His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Robert F. Vacchelli, Esq., Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105.

_____
JOHN R. WILLIAMS