UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | CIVIL NO. 3:02CV1592 (JCH) |
| v. | : | |
| WARDEN BROOKS, ET AL. | : | NOVEMBER 17, 2004 |

## ATTACHMENT D-2

## DEFENDANTS' EXHIBIT LIST

The defendants in the above referenced case hereby submit the following List of Exhibits for the above case:

1. DOC Reports concerning 9/16/99 incident;

2. Connecticut State Police Reports concerning 9/16/99 incident;

3. Incident Report on Informant's Tip, 9/16/99;

4. Transfer Records;

5. Plaintiff's Movement Records;

6. DOC Directive 9.6, Inmate Grievances (August 16, 1999);

7. Plaintiff's Conviction Records;

8. Expert Report, Dr. Susan Ducate, 9/30/04.

THE DEFENDANTS

BY: _____
ROBERT F. VACCHELLI
Federal Bar No. ct05222
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail: robert.vacchelli@po.state.ct.us
Their Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of November, 2004:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Robert F. Vacchelli
Assistant Attorney General

2