UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH GIBSON, III  :  CIVIL NO. 3:02CV1592 (JCH)

v.  :

WARDEN BROOKS, ET AL.  :  NOVEMBER 17, 2004

### ATTACHMENT D-3

### DEFENDANTS' PROPOSED VOIR DIRE QUESTION

The defendants in the above referenced case hereby submit the following Voir Dire Questions:

1. Do you or does any member of your family know the plaintiff, defendants, attorneys or any of the named witnesses in this case?

2. This case involves a claim by an inmate of the Connecticut Department of Correction alleging that staff failed to protect him from being assaulted by another inmate. The defendants are current or retired Connecticut Department of Correction officials. Have you or has any member of your family had any experience with any Department of Correction officials which would prevent you from considering the evidence impartially and fairly?

3. The Court will instruct you on the law which you are about to apply to the facts as you find them. One of these instructions will be that the burden of proof on all material facts rests on the plaintiff. Does anyone believe that they will have trouble accepting that instruction?

4. Does anyone believe that monetary damages must be awarded to the plaintiff just because he filed a lawsuit?

5. A portion of the testimony in this case will come from doctors or other medical personnel and government officials. Have you or has any other member of your family had a personal experience which would make it difficult for you to believe their testimony?

6. (a) Is any member of your family an attorney?

   (b) Do you or does any member of your family work for an attorney?

7. The Court will instruct you that each defendant must be judged on the basis of his own conduct. The actions of one defendant cannot be imparted to another. Does anyone believe that they will have difficulty accepting that instruction?

8. Have you or has any member of your family felt exposed to injury by, or been in a dispute with, a state official or law enforcement officer?

9. Do you have an unfavorable opinion about correctional officers or state officials in general?

10. Have you ever been a party in a lawsuit or has any member of your family ever been a party in a lawsuit?

11. Have you ever served on a jury before? Was your experience unfavorable?

THE DEFENDANTS

BY: _____
ROBERT F. VACCHELLI
Federal Bar No. ct05222
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail: robert.vacchelli@po.state.ct.us
Their Attorney

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of November, 2004:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Robert F. Vacchelli
Assistant Attorney General