## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | CIVIL NO. 3:02CV1592 (JCH) |
| v. | : | |
| WARDEN BROOKS, ET AL. | : | NOVEMBER 17, 2004 |

ATTACHMENT D-5

## JURY INTERROGATORIES AND VERDICT

1.    Exhaustion of Administrative Remedies

A. Did the defendants, Leslie Brooks, et al., prove, by a fair preponderance of the evidence, that the plaintiff, Joseph Gibson, III, failed to exhaust his prison administrative remedies prior to bringing suit in this case?

_____ Yes

_____ No

(If the answer to question 1A is yes, proceed to question 3.  If the answer to question 1A is no, proceed to question 2A.)

2.    Eighth and Fourteenth Amendments

A. Has the plaintiff, Joseph Gibson, III, proven by a preponderance of the evidence that any of the defendants violated his Eighth and Fourteenth Amendment rights to be free from cruel and unusual punishment?

_____ Yes    (proceed to Section 2B)

_____ No    (proceed to Section 3)

B. Identify the defendant(s) who violated the plaintiff's Eighth and Fourteenth Amendment rights by placing a mark on the line next to the name(s) of that defendant(s). Then proceed to Section C.

_____ Leslie Brooks

_____ Glenn Diefenderfer

C. If you find by a preponderance of the evidence that any of the officers are not liable to the plaintiff under the doctrine of qualified immunity as defined in the charge, identify that defendant by placing a mark on the line next to the name(s) of that defendant(s).

_____ Leslie Brooks

_____ Glenn Diefenderfer

If you have marked the names of any defendant(s), you have found that defendant entitled to qualified immunity and therefore not liable to the plaintiff. If you have indicated that all of the defendant(s) are entitled to qualified immunity, go to section 3. If you have found that any of the defendants are not entitled to qualified immunity, continue on below.

D.  Compensatory Damages

If you found any of the defendants liable, insert the amount of compensatory damages you determine to be fair, just and reasonable for any injuries proximately caused by the conduct of that defendant.  If you found a particular defendant(s) violated the law but determined that Joseph Gibson, III, suffered no compensatory damages as a result of that defendant(s)' conduct, you must enter nominal damages of ten dollars as to that defendant(s).

Leslie Brooks        $ _____

Glenn Diefenderfer   $ _____

E.  Punitive Damages

If you have found any of the defendants liable on the plaintiff's claim, do you also find that the conduct of any of the defendants liable for that claim was malicious or wanton as defined in the charge?

_____ Yes    (proceed to questions 2F)

_____ No     (proceed to question 3)

F.  Identify the defendant(s) who you deem should pay punitive damages by placing a mark on the line next to the name(s) of the appropriate defendant(s).

_____ Leslie Brooks

_____ Glenn Diefenderfer

3

G. For each defendant you have decided must pay punitive damages, you must now decide the amount of those damages.

Remember, you may not award punitive damages against a defendant unless you have determined that the defendant is liable for compensatory or nominal damages. When you are finished with the question, go to Section 3.

Leslie Brooks          $ _____

Glenn Diefenderfer     $ _____

3. You have now completed your deliberations. Please sign and date the form.

Dated at _____ Connecticut this \_\_\_\_ day of _____ 2005.

_____
Foreperson

4

THE DEFENDANTS

BY:  _____
ROBERT F. VACCHELLI
Federal Bar No. ct05222
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail:  robert.vacchelli@po.state.ct.us
Their Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day

of November, 2004:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Robert F. Vacchelli
Assistant Attorney General

5