UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | CIVIL NO. 3:02CV1592 (JCH) |
| v. | : | |
| WARDEN BROOKS, ET AL. | : | NOVEMBER 17, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that defendants, Warden Brooks, et al., have manually filed the following documents:

- Exhibits to Attachment D-1
  Copy of Defendants' Rule 26 Expert Disclosure

These documents have not been filed electronically because:

[X] Medical Records – manual filing only is ordered
[ ] the documents cannot be converted to an electronic format
[ ] the electronic file size of the document exceeds 1.5 megabytes
[ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

THE DEFENDANTS

BY: _____
ROBERT F. VACCHELLI
Federal Bar No. ct05222
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail: robert.vacchelli@po.state.ct.us
Their Attorney