UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | |
| | : | |
| VS. | : | NO. 3:02CV1592(JCH) |
| | : | |
| WARDEN BROOKS and | : | |
| C.T.O. DIEFENDERFOR | : | NOVEMBER 26, 2004 |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' REQUESTS TO CHARGE**

The plaintiff respectfully objects to the Defendants' Proposed Jury Instructions, as follows:

***Failure to Exhaust Administrative Remedies***

Plaintiff objects to any jury charge on this issue, because it is an issue of law and not an issue of disputed fact.  *E.g.*, Porter v. Nussle, 534 U.S. 516 (2002).  This court already has ruled on these issues.

***Qualified Immunity***

Plaintiff objects to any jury charge on this issue, because the Second Circuit does not permit questions of qualified immunity to be submitted to the jury.  If a construction of the evidence could support a defense of qualified immunity, the court must submit special interrogatories to the jury and make the qualified immunity determination itself based upon the jury's answers to those interrogatories.  Cowan

1

ex rel. Estate of Cooper v. Breen, 352 F.3d 756, 764, 765 (2nd Cir. 2003); Stephenson v. Doe, 332 F.3d 68, 78-81 (2nd Cir. 2003); Warren v. Dwyer, 906 F.2d 70 (2nd Cir. 1990).

### *Nominal Damages*

The plaintiff objects to any charge on this topic because the injury in this case involved a slit throat.  If either defendant is liable, there must in such a case be compensatory damages.  A nominal damages charge in such a case would be error.  Wheatley v. Beetar, 637 F.2d 863, 865-66 (2d Cir. 1980); Briggs v. Marshall, 93 F.3d 355, 359-60 (7th Cir. 1996); Stachniak v. Hayes, 989 F.2d 914, 923 (7th Cir. 1993); Westcott v. Crinklaw, 133 F.3d 658, 662 (8th Cir. 1998).

### *Attorney Fees*

The plaintiff objects to any charge on the topic of attorney fees.  Fisher v. City of Memphis, 234 F.3d 312, 319 (6th Cir. 2000); Brooks v. Cook, 938 F.2d 1048 (9th Cir. 1991).  See also HBE Leasing Corp. v. Frank, 22 F.3d 41, 45 (2d Cir. 1994).

          THE PLAINTIFF


BY:_____
     JOHN R. WILLIAMS (ct00215)
     51 Elm Street
     New Haven, CT 06510
     203/562-9931
     FAX:  203/776-9494
     E-Mail: jrw@johnrwilliams.com
     His Attorney


CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Robert F. Vacchelli, Esq., Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105.


_____
JOHN R. WILLIAMS