UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | CIVIL NO. 3:02CV1592 (JCH) |
| v. | : | |
| WARDEN BROOKS, ET AL. | : | NOVEMBER 30, 2004 |

### DEFENDANTS' OBJECTIONS TO PLAINTIFF'S REQUESTS TO CHARGE

The defendants in the above referenced case hereby object the following Requests to Charge filed by plaintiff:

As to plaintiff's Request to Charge No. 3, defendants object to the proposal that the jury be instructed that plaintiff can recover damages for (a) his imprisonment and loss of freedom. Plaintiff's confinement was a result of his crime, not his injury. Also, in this charge, defendants object to the proposed instruction that the jury award costs and attorney's fees. These expenses are awarded, if at all, by the Court, not the jury. 42 U.S.C. § 1988; Blanchard v. Bergeron, 489 U.S. 87, 89 (1983).

As to plaintiff's Request to Charge No. 6, plaintiff asks the Court to instruct the jury as to joint and several liability. There is no basis in law or fact for a theory of joint and several liability for violation of constitutional rights. Collier v. Locicero, 820 F.Supp. 673, 682 (D.Conn. 1993) citing O'Neill v. Krzeminski, 839 F.2d 9, 11-12 (2nd Cir. 1988). Nor is there a single, indivisible injury. Kirkland v. Ensign-Bickford, 267 F.Supp. 472 (D.Conn. 1920).

2

                        THE DEFENDANTS

BY: \_\_\_\_\_/s/_____
ROBERT F. VACCHELLI
Federal Bar No. ct05222
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail: robert.vacchelli@po.state.ct.us
Their Attorney

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of November, 2004:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General

2