```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
                                    :
JOSEPH GIBSON,III                   :
                                    :
                                    :
v.                                  :   CIV. NO. 3:02CV1592 (JCH)
                                    :
BROOKS, ET AL                       :
                                    :
                                    :
                                    :
```

SCHEDULING ORDER

A settlement conference was held on December 10, 2004. After discussion and with agreement of the parties the following schedule was entered.

Plaintiff will produce all of his treating records on or before Monday, January 10, 2005. Defendants' deposition of plaintiff's treating physician will be held on or before Monday, January 31, 2005. The parties are encouraged to schedule the deposition as soon as possible to assure the doctor's availability for deposition in January.

The parties agreed that dispositive motions will not be filed. They estimate three days of evidence at trial. This case will be trial ready after February 1, 2005.

SO ORDERED at Bridgeport this 15th day of December 2004.

```
                            _____/s/_____
                            HOLLY B. FITZSIMMONS
                            UNITED STATES MAGISTRATE JUDGE
```

1