UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | CIVIL NO. 3:02CV1592 (JCH) |
| v. | : | |
| WARDEN BROOKS, ET AL. | : | JANUARY 26, 2005 |

### MOTION FOR ORDER COMPELLING DISCLOSURE

The defendants, Warden Brooks, et al., by and through their undersigned counsel and pursuant to Rule 37(a), F.R.Civ.P., respectfully request the court to order the plaintiff to supply defendants with his treatment records from Dr. Philip Mays, a treating physician listed as a witness for plaintiff at the jury trial scheduled in this case, before the end of February, 2005, and to provide the undersigned and Dr. Mays with a release to permit his deposition, or order Dr. Mays to testify without such an authorization before the end of February, 2005, or suffer exclusion of Dr. Mays's testimony in this case. Reasons justifying this request are filed in the accompanying memorandum and affidavit.

**ORAL ARGUMENT NOT REQUESTED**

                        DEFENDANTS
                        Warden Brooks, et al.

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL


BY:      /s/
      Robert F. Vacchelli
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct05222
      E-Mail:  robert.vacchelli@po.state.ct.us
      Tel: (860) 808-5450
      Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of January, 2005:

John R. Williams, Esq.
Joseph Merly, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510


      /s/
Robert F. Vacchelli
Assistant Attorney General