UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | CIVIL NO. 3:02CV1592 (JCH) |
| v. | : | |
| WARDEN BROOKS, ET AL. | : | JANUARY 26, 2005 |

**MEMORANDUM IN SUPPORT
OF MOTION FOR ORDER
COMPELLING DISCLOSURE**

  This case is a civil rights action by Joseph Gibson III, an inmate of the Connecticut Department of Correction, alleging that he was slashed with a homemade knife in an attack by another inmate in Osborn Correctional Institution in 1999. He blames the defendant prison officials for failure to protect him. Jury selections is scheduled for March 1, 2005

  Plaintiff alleges severe lacerations and severe emotional distress. Complaint, para. 9. In a deposition taken on April 22, 2003, he testified that he suffers from Post Traumatic Stress Disorder as a result of these events. He identified Dr. Philip Mays as his expert treating physician in his list of witnesses.

  On December 15, 2004, the court ordered plaintiff to supply defendants with all treatment records by January 10, 2005, and ordered defendants to depose Dr. Mays before January 31, 2005. See Order, Attachment A. On January 13, 2005, defendants received treatment records from plaintiff, but no records from Dr. Mays. On January 12, 2005, defendants subpoenaed Dr. Mays to a deposition, but he did not appear. See Transcript, Attachment B. Dr. Mays later called and said he could not attend and that he did not have a release authorizing him to testify. Defendants do not have a release, either, as the court earlier denied their effort to obtain one.

See Order, Attachment C. On or about January 13, 2005, the undersigned called plaintiff's attorney, Joseph Merly, to resolve the failure to obtain medical records and deposition of plaintiff's expert, but did not receive a return phone call to date.

Wherefore, defendant's request the court to order plaintiff to supply defendants with his treatment records from Mr. Mays before the end of February, 2005, and to provide the undersigned and Dr. Mays with a release to permit his deposition, or order Dr. Mays to testify without an authorization before the end of February, 2005, or suffer exclusion of Dr. Mays's testimony in this case.

                                                             DEFENDANTS
                                                             Warden Brooks, et al.

                                                             RICHARD BLUMENTHAL
                                                             ATTORNEY GENERAL

BY:       /s/
                Robert F. Vacchelli
                Assistant Attorney General
                110 Sherman Street
                Hartford, CT  06105
                Federal Bar #ct05222
                E-Mail:  robert.vacchelli@po.state.ct.us
                Tel: (860) 808-5450
                Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of January, 2005:

John R. Williams, Esq.
Joseph Merly, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General