UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | CIVIL NO. 3:02CV1592 (JCH) |
| v. | : | |
| WARDEN BROOKS, ET AL. | : | JANUARY 26, 2005 |

### AFFIDAVIT

State of Connecticut    )
                       ) ss: Hartford        January 26, 2005
County of Hartford     )

The undersigned, Robert F. Vacchelli, being duly sworn, deposes and says:

1. I am an assistant attorney general assigned to represent the defendants in the above case.

2. In this case, Plaintiff alleges severe lacerations and severe emotional distress. Complaint, para. 9. In a deposition taken on April 22, 2003, he testified that he suffers from Post Traumatic Stress Disorder as a result of these events. He identified Dr. Philip Mays as his expert treating physician in his list of witnesses.

3. On December 15, 2004, the court ordered plaintiff to supply defendants with all treatment records by January 10, 2005, and ordered defendants to depose Dr. Mays before January 31, 2005. See Order, Attachment A.

4. On January 13, 2005, defendants received treatment records from plaintiff, but no records from Dr. Mays. On January 12, 2005, defendants subpoenaed Dr. Mays to a deposition,

but he did not appear. See Transcript, Attachment B. Dr. Mays later called and said he could not attend and that he did not have a release authorizing him to testify.

5. Defendants do not have a release, either, as the court earlier denied their effort to obtain one. See Order, Attachment C.

6. On or about January 13, 2005, the undersigned called plaintiff's attorney, Joseph Merly, to resolve the failure to obtain medical records and deposition of plaintiff's expert, but did not receive a return phone call to date.

Dated at Hartford, Connecticut this 26th day of January, 2005.

_____
Robert F. Vacchelli
Assistant Attorney General

Subscribed and sworn to before me this 26th day of January, 2005.

_____
Commissioner of the Superior Court

DEFENDANTS
Warden Brooks, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of January, 2005:

John R. Williams, Esq.
Joseph Merluy, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General

3