UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | CIVIL NO. 3:02CV1592 (JCH) |
| v. | : | |
| WARDEN BROOKS, ET AL. | : | FEBRUARY 1, 2005 |

**MOTION FOR CONTINUANCE**

The defendants, Warden Brooks, et al., by and through their undersigned counsel, respectfully request a continuance of the trial dates selected for the above case. Trial is scheduled to start on March 22, 2005.

A continuance is requested because the undersigned was earlier ordered to start trial on March 8, 2005 in the case of Lopez v. Smiley, et al., No. 3:02CV1020 (RNC). Attachment A. That trial is expected to overlap and/or interfere with the preparation of the above captioned case. Attachment B.

Opposing counsel and the undersigned's clients have been contacted concerning this request and they have no objection.

There is no conflict with regard to the February 28 final pretrial conference or March 1 jury selection dates. The conflict is with respect to the trial dates. Also, the undersigned requests that any new trial dates not be scheduled between April 25 and May 6, 2005 due to a scheduled vacation by the undersigned.

WHEREFORE, defendants request a continuance.

**ORAL ARGUMENT NOT REQUESTED**

                    DEFENDANTS
                    Warden Brooks, et al.

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY:      _____/s/_____
            Robert F. Vacchelli
            Assistant Attorney General
            110 Sherman Street
            Hartford, CT  06105
            Federal Bar #ct05222
            E-Mail:  robert.vacchelli@po.state.ct.us
            Tel: (860) 808-5450
            Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 1st day of February, 2005:

John R. Williams, Esq.
Joseph Merly, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

                                                _____/s/_____
                                                    Robert F. Vacchelli
                                                    Assistant Attorney General