UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | CIVIL NO. 3:02CV1592 (JCH) |
| v. | : | |
| WARDEN BROOKS, ET AL. | : | FEBRUARY 17, 2005 |

**WITHDRAWAL OF MOTION FOR CONTINUANCE**

The defendants, Warden Brooks, et al., by and through their undersigned counsel, hereby withdraw their previous request for continuance of the trial dates selected for the above case. Trial is scheduled to start on March 22, 2005.

A continuance was requested because the undersigned was earlier ordered to start trial on March 8, 2005 in the case of Lopez v. Smiley, et al., No. 3:02CV1020 (RNC). That trial was expected to overlap and/or interfere with the preparation of the above captioned case. However, after moving for a continuance, the undersigned received notification that Judge Chatigny transferred the case to Judge Kravitz. After several requests for information, Judge Kravitz's chambers today confirmed that the trial in the Lopez case will not be going forward as previously scheduled. Consequently, there is no longer a time conflict and defendants, therefore, withdraw their Motion for Continuance. Also, the undersigned today received notice from the court that the Motion for Continuance had been denied without prejudice to renew at the final pretrial conference scheduled for February 28, 2005.

WHEREFORE, defendants withdraw their request a continuance.

**ORAL ARGUMENT NOT REQUESTED**

                                              DEFENDANTS
                                              Warden Brooks, et al.

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL


BY:          /s/
             Robert F. Vacchelli
             Assistant Attorney General
             110 Sherman Street
             Hartford, CT  06105
             Federal Bar #ct05222
             E-Mail:  robert.vacchelli@po.state.ct.us
             Tel: (860) 808-5450
             Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of February, 2005:

John R. Williams, Esq.
Joseph Merly, Esq.
Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT  06510


                                              /s/
                                        Robert F. Vacchelli
                                        Assistant Attorney General