UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 MAR -2  P 12: 03

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| JOSEPH GIBSON, III | :    CIVIL NO. 3:02CV1592(JCH) |
| V. | : |
| WARDEN BROOKS, ET AL. | :    MARCH 1, 2005 |

### APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel on behalf of the defendants, in addition to the appearance thereto filed by Robert Vacchelli, in the above-captioned case.

Dated at Hartford, Connecticut, this 1st day of March, 2005.

DEFENDANTS
Warden Brooks, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail: robert.fiske@po.state.ct.us
Federal Bar #ct17831

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 1st day of March, 2005:

    John R. Williams, Esq.
    Williams & Pattis, LLC
    51 Elm Street
    Suite 409
    New Haven, CT 06510

                                         Robert B. Fiske, III
                                         Assistant Attorney General