UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH GIBSON : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-02-cv-1592 (JCH) |
| : | |
| WARDEN BROOKS, ET AL : | MARCH 3, 2005 |
|     Defendants : | |

### ORDER OF TRANSFER

The Honorable Janet C. Hall hereby transfers the above-identified case to the docket of the **Hon. Warren W. Eginton** for all purposes.

All future pleadings and filings in this case shall be filed with the Clerk's Office in **Bridgeport,** and bear the docket number **3-02-cv-1592 (WWE).** Pleadings or documents related to this action and filed in any other seat of Court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a).]

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 3rd day of March, 2005.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge