# UNITED STATES DISTRICT COURT

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
3/21/05
Kevin F. Rowe, Clerk
D. Candee
Deputy Clerk

DISTRICT OF

## APPEARANCE

Gibson
v.
Brooks, et al

Case Number: 3:02CV1592(WWE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Plaintiff, Joseph Gibson

I certify that I am admitted to practice in this court.

Date: 3/21/05

Signature: [signed]

Print Name: Joseph M. Merly

Bar Number: CT21266

Address: 51 Elm St., #409

City: New Haven  State: CT  Zip Code: 06514

Phone Number: (203) 562-9931

Fax Number: (203) 776-9494