CT/cvtrial (October 17, 2001)

HONORABLE **W. Eginton**
DEPUTY CLERK **D. Candee**   RPTR/ERO/TAPE **M. Corriette**

TOTAL TIME: **4** hours **0** minutes

DATE **3/21/05**   START TIME **9:45**   END TIME **2:15**
LUNCH RECESS FROM **12:45** TO **3:15 pm**
RECESS FROM ___ TO ___ (if more than 1/2 hour)

**Joseph Gibson**

vs.

**Brooks**

CIVIL NO. **3:02CV1592 (WWE)**

**Joseph Merly**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel
**Robert Bishop Fiske, III**
**Robert F. Vacchelli**

## CIVIL JURY/COURT TRIAL

☑ Jury of **8** report (see attached) ☑ Jury sworn
☐ (jytrl./h) Jury Trial held ☑ (jytrl./set) Jury Trial continued until **3/22/05** at **9:00 a.m.**
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until ___ at ___
ctrlconc.  Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☑ #ORAL Motion **A Judgment as Matter of Law** ☐ granted ☑ denied ☐ advisement
☐ # Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # Motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion ___ ☐ granted ☐ denied ☐ advisement
☑ **Appearance - Joseph M. Merly** ☑ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
(additional filed/docketed rows blank)

☑ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits. ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ___
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)