CT/cvtrial (October 17, 2001)

TOTAL TIME: ___ hours  5 minutes   DEPUTY CLERK D. CANDEE   HONORABLE W. EGINTON   RPTR/ERO/TAPE M. CORRETTE

DATE 3/22/05   START TIME 0925   END TIME 09:30
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Joseph Gibson

vs.

Brooks

CIVIL NO. 3:02CV1592(WWE)

Joseph Merly
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel
Robert Bishop Fiske, III
Robert Vacchelli

## CIVIL JURY/COURT TRIAL

☑ Jury of 8 report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until ___ at ___
☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until ___ at ___
☐ ctrlconc. Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict
☐ # Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # Motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion ___ ☐ granted ☐ denied ☐ advisement
___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf ___ Def ___ Reply ___
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ___
Court orders Jury to be fed at Govt. expense (see attached bill)
☑ SEE ☑ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)

☒ ....... Court declares MISTRIAL

☐ jyv ....... Verdict Form filed

☐ ......... VERDICT:_____

_____

_____

_____

_____

☐ ......... Court accepts verdict and orders verdict verified and recorded

☐ ......... Jury polled

## MISCELLANEOUS PROCEEDINGS