# United States District Court

DISTRICT OF _____

Joseph Gibson
v.
Brooks, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02CV1592(WWE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. W. Eginton | Joseph Merly | Robert Fiske, III / Robert Vacchelli |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/21/05 | M. Corriette | D. Candee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 3/21/05 | | | Joseph Gibson III |
| | | | | | |
| #1 | | 3/21/05 | | ✓ | Prison Records (Incident Package) Plaintiff |
| #2 | | 3/21/05 | | ✓ | Investigation Report |
| #3 | | 3/21/05 | | ✓ | Plaintiff Medical Records |
| ✓ | | 3/21/05 | | | Glenn Diefenderfer - Enfield, CT. |
| ✓ | | 3/21/05 | | | Leslie Brooks, Somers, CT. |
| #4 | | 3/21/05 | | ✓ | Affidavit of Leslie Brooks |
| | ✓ | 3/21/05 | | | Timothy Burke - Suffield, CT. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages