**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
2005 FEB 22 P 12: 43
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | CIVIL NO. 3:02CV1592 (JCH) |
| v. | : | |
| WARDEN BROOKS, ET AL. | : | FEBRUARY 28, 2004 |

### DEFENDANTS' EXHIBIT LIST

Full 3/21/05  21. DOC Reports concerning 9/16/99 incident;

Full 3/21/05  22. Connecticut State Police Reports concerning 9/16/99 incident;

Full 3/21/05  23. Incident Report on Informant's Tip, 9/16/99;

Full 3/21/05  24. Transfer Records;

25. Plaintiff's Movement Records;

Full 3/21/05  26. DOC Directive 9.6, Inmate Grievances (August 16, 1999);

27. Plaintiff's Conviction Records;

28. Expert Report, Dr. Susan Ducate, 9/30/04.