**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

March 24, 2005

Joseph Merly, Esq.
51 Elm Street
Suite 409
New Haven, CT 06510

FILED 2005 MAR 28 P 1:15 U.S. DISTRICT COURT BRIDGEPORT, CONN

    Re: Case Name: Joseph Gibson v. Brooks, et al
        Number: 3:02CV1592(WWE)

Dear Attorney Merly:

As the above matter has been disposed of in this court:

Enclosed are the following exhibits:

    Exhibit #1 - Plaintiff's prison records (incident package)
    Exhibit #2 - Investigation report
    Exhibit #3 - Plaintiff's medical records
    Exhibit #4 - Affidavit of Leslie Brooks

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                Sincerely,

                Kevin F. Rowe, Clerk

                BY _____
                Deborah A. Candee
                Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 3/25/05