UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | |
| | : | |
| VS. | : | NO. 3:02CV1592(WWE) |
| | : | |
| WARDEN BROOKS and | : | |
| C.T.O. DIEFENDERFOR | : | MARCH 31, 2005 |

## MOTION TO MODIFY DISCOVERY SCHEDULE TO ALLOW FURTHER DISCOVERY

The Plaintiff, Joseph Gibson III, hereby moves to modify the discovery schedule in this action to allow further discovery of specific information and documents which are crucial to the presentation of the Plaintiff's case and to the interests of justice. In support thereof, the Plaintiff represents the following:

1. The trial of this matter commenced on March 21, 2005 before the Honorable Warren W. Egington and was mistried on March 22.

2. The Plaintiff testified on March 21 that he spoke to and met with the Defendant Diefenderfor on September 13, 14, 15 and 16, 1999 in an effort to alert the Defendant to a threat to the Plaintiff's life and to inquire what actions the Defendant was taking to eliminate the threat.

3. Much to the surprise of the Plaintiff and the undersigned, Defendant Diefenderfor, through his testimony, denied that he spoke to or met with the Plaintiff *at any time* on September 13, 14, 15 or 16, 1999.

4. It has very recently come to the attention of the undersigned that certain videotapes and log books exist and are maintained by the Osborn Correctional

Institution, which is where the Plaintiff was incarcerated at the time of the atttack.

5. These videotapes and log books will show the Plaintiff's movements throughout the prison on the dates in question and thereby substantiate the Plaintiff's claim that he in fact met with the Defendant on the dates in question.

6. The undersigned proposes, should this motion be granted, to conduct a deposition of the keeper of the records of the Osborn Correctional Institution pursuant to a subpoena to produce the aforesaid records. Said deposition would occur at the institution which is located in Somers, Connecticut.

7. The granting of this motion will work no prejudice or undue burden on the Defendants as the Defendants are not being asked to produce the materials.

8. The granting of this motion will not delay the trial of this matter as there is presently no new trial date scheduled.

9. The undersigned spoke to defense counsel, Attorney Robert Vacchelli, regarding his position on this motion who indicated that he objects to the granting of this motion.

10. The interests of justice would best be served by allowing the Plaintiff the opportunity to obtain the aforesaid materials.

11. This is the first such motion to modify the discovery deadline to allow further discovery.

       THE PLAINTIFF,
       JOSEPH GIBSON, III


By: _____
    Joseph M. Merly, Esq.
    John R. Williams and Associates, LLC
    51 Elm Street, Suite 409
    New Haven, CT 06510
    Telephone No.: (203)562-9931
    Fax No.: (203)776-9494
    Federal Bar No. CT 21266


## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 31st day of March, 2005 to the following counsel of record:

Robert F. Vacchelli, Esq.
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105


_____
Joseph M. Merly, Esq.
John R. Williams and Associates, LLC