# United States District Court
## District of Connecticut

**FILED**

2005 APR -4 P 1:30

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Gibson
*Plaintiff*

v.  Case No. 3:02cv1592 (WWE)

Brooks
*Defendant*

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge

____ A ruling on all pretrial motions except dispositive motions

____ To supervise discovery and resolve discovery disputes

____ A ruling on the following motions which are currently pending:
Doc#

**X** A settlement conference

____ A conference to discuss the following:

____ Other:


SO ORDERED this __4th__ day of __April__, __2005__ at Bridgeport, Connecticut.

Warren W. Eginton
Senior United States District Judge