United States District Court
District of Connecticut

FILED

2005 APR -6  A 11: 41

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Joseph Gibson, III
*Plaintiff*
        v.                                Case No. 3:02cv1592(WWE)

Warden Brooks, et al
*Defendant*

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge

___ A ruling on all pretrial motions except dispositive motions

___ To supervise discovery and resolve discovery disputes

**✗** A ruling on the following motion which is currently pending:
Doc# #77 **Motion to Modify Discovery Schedule To Allow Further Discovery**

___ A settlement conference

___ A conference to discuss the following:

___ Other:


SO ORDERED this __6th__ day of __April__, __2005__ at Bridgeport, Connecticut.

_____
Warren W. Eginton
Senior United States District Judge