# EXHIBIT 509



MEMBER SERVICES

International Edition

The Web / CNN.com

# LAW CENTER

## Judge dismisses jurors who feared for safety

Wednesday, March 23, 2005 Posted: 11:39 AM EST (1639 GMT)

BRIDGEPORT, Connecticut (AP) -- A federal judge dismissed jurors in a trial involving a suspected prison snitch and a reputed gang member after members said they feared for their safety.

Senior U.S. District Judge Warren W. Eginton discharged the six men and two women Tuesday and declared a mistrial in the case of Joseph Gibson III.

Gibson alleged in a lawsuit that prison officials failed to protect him from a reputed gang member who slashed his throat at Osborn Correctional Institution in Somers on September 16, 1999.

Gibson said he was attacked because he was suspected of being an informer and a friend owed a gang drug money.

Gibson said he has had a host of medical problems from the attack and is seeking monetary damages.

Joseph Merly, one of Gibson's lawyers, had Gibson show the scar to the jury this week.

"Something really spooked the jury," Merly said. "You know sometimes we forget how this must sound to lay people."

The jury's dismissal comes after the recent murders of a judge's husband and mother in Illinois, and a judge and courthouse staff members in Atlanta.

advertiser links — what's this?

**MyCashNow - $100 - $1,000 Overnight**
Payday Loan Cash goes in your account overnight. Very low fees. Fast decisions....
www.mycashnow.com

**Refinance Rates Hit Record Lows**
Get $150,000 loan for $720 per month. Refinance while rates are low.
www.lowermybills.com

**Compare Mortgage Offers**
Up to four free mortgage, refinance or home equity offers - one easy form.
www.nextag.com

**LendingTree.com - Official Site**
Lendingtree - Find a mortgage, refinance, home equity or auto loan now. Receive...
www.lendingtree.com

YOUR E-MAIL ALERTS

○ Trials

[Activate] or CREATE YOUR OWN

Manage alerts | What is this?

Copyright 2005 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Story Tools — advertisement —

**DEFENDANT'S EXHIBIT**
Civ
CASE NO. 3:02CV1592
EXHIBIT NO. 509



http://www.cnn.com/2005/LAW/03/23/jury.fear.ap/index.html   3/23/2005



**Hartford Courant** : Subscribe : Newspaper Services

# courant.com

Market Place
Jobs
Cars
Real Estate
Mortgages
Apartments
Classified
Shopping
Sales & Deals
Place an Ad
Coupons

News
Connecticut
Towns
Latest News
Education
Health
Northeast
Politics
Special Reports
World/Nation

Business
Life
Sports
Opinion
Obituaries
Entertainment
Site Tools

Yellow Pages
Maps
Traffic
Weather
Site Map

Courant Services
Subscribe
Archives
Photo Reprints

Shopping  Jobs  Cars  Real Estate  Classified

○ courant.com  ○ the web [Enter Keywords]    enhanced by Google    Log In  Regist

AP_STATE WIRE

## Jury fears for own safety, begs out of assault trial
March 23, 2005
Associated Press

**BRIDGEPORT, Conn.** -- A federal judge has dismissed a jury in a day-old trial involving a suspected prison snitch and a reputed gang member after jurors said they feared for their own safety.

Senior U.S. District Judge Warren W. Eginton discharged the six men and two women on Tuesday and declared a mistrial in the case of Joseph Gibson III.

The clerk of federal courts in Connecticut, Kevin Rowe, said he could not recall any other time in the past 30 years that a jury begged out of a case.

Gibson alleges in a lawsuit that prison officials failed to protect him from a vicious assault that left him with a slashed throat at the Osborn Correctional Institution in Somers on Sept. 16, 1999.

Gibson says he was attacked by a member of the Terminators gang, which he claimed served as the enforcer for the Latin Kings drug gang. Gibson said he was targeted for a hit because he was suspected of being an informer and one of his friends owed the Latin Kings money for drugs.

The lawsuit names Leslie Brooks, former warden at Osborn, and prison guard Glenn Diefenderfor and accuses them of failing to protect Gibson from cruel and unusual punishment.

Gibson claims he told Diefenderfor that he was being targeted by a four-man hit squad three days

**UTILITIES**

📧 E-mail story
📧 Most e-mailed stories
🖨 Printer-friendly version

**MORE HEADLINES**

📄 Man accused in mother's death rejects plea deal

📄 Coach to pitch pasta sauce

📄 Memo causes flap in reference to homeless people

📄 Briefs from the state Capitol

📄 Lawmakers unveil package to help save sub base

**TOP JOBS**

from CareerBuilder

http://www.courant.com/news/local/statewire/hc-23020231.apds.m0392.bc-ct--scarmar23,...    3/23/2005

Browse Ads
View Page 1
Courant Media Kit
Newspaper Services

Make courant.com Your Homepage

before the attack. He said he gave the names of the four suspects to Diefenderfor and that Diefenderfor assured him he would be protected.

Three of the four men were moved to other prisons, but the fourth caught up with Gibson as Gibson was frantically trying to call Diefenderfor and slashed his throat. Gibson escaped death but was left with a wound that required 12 staples to close.

The assailant was never charged with the case because Gibson failed to cooperate with the state police investigation.

Gibson claimed that Diefenderfor accompanied him to the hospital and apologized for allowing the assault to happen. Diefenderfor denied that allegation.

Diefenderfor told a different story on the witness stand. He claimed the men were moved to other prisons because Gibson said their lives were threatened.

Joseph Merly, one of Gibson's lawyers, had him show the scar to the jury this week.

"Something really spooked the jury," Merly said. "You know sometimes we forget how this must sound to lay people."

The jury's request came against the backdrop of the recent murders of a federal judge's husband and mother in Illinois and a state judge and some courthouse staff in Atlanta.

State Attorney General Richard Blumenthal, whose office is representing Brooks and Diefenderfor, said a jury wanting out of a trial is rare, but especially so in Gibson's case because it was not a criminal prosecution.

Gibson said he has a host of medical problems that were caused by the attack and is seeking monetary damages.

----------------

Information: Connecticut Post,
http://www.connpost.com

SITE / CIVIL ENGINEERS
MCFARLAND-JOHNSON INC

MAINTENANCE LABORER
BRISTOL HOUSING AUTHORITY

ACCOUNTS RECEIVABLE / BILLINGS SPECIALIST
SHIPMAN & GOODWIN LLP

K-12 MATH CURRICULUM COORDINATOR
TOLLAND PUBLIC SCHOOLS

AUTOMOTIVE FINANCE & INSURANCE MANAGER
TORRINGTON HONDA

SENIOR INVESTMENT ANALYST
SAVINGS BANK LIFE INSURANCE COMPANY

UNDERWRITING SPECIALIST
W.R. BERKLEY CORPORATION

DRIVER / DELIVERY

BANK SERVICE TECHNICIAN

CUSTOMER SERVICE / INSIDE SALES
VENG USA

View All Top Jobs
Post A Job

Mistrial declared as jury asks out

8-member panel dismissed after fearing for safety

MICHAEL P. MAYKO mmayko@ctpost.com
Connecticut Post

BRIDGEPORT — Members of a federal jury, fearing for their own safety, begged out of hearing any more evidence in a civil suit involving the bloody assault of a suspected prison snitch by a reputed member of the Terminators gang.

Senior U.S. District Judge Warren W. Eginton discharged the six-men, two-women jury after learning of their "profound fear" of continuing. Their discharge Tuesday led to a mistrial in the day-old trial.

The alleged victim in the case, Joseph Gibson III, claims the Terminators serve as enforcers for the Latin Kings.

Kevin Rowe, clerk of the federal courts in Connecticut, said this is the first time he could recall in the past 30 years that a jury begged out of a case.

The jury's request came against the backdrop of the recent murders of a federal judge's husband and mother in Illinois and a state judge and some courthouse staff in Atlanta. It also comes about three weeks after the U.S. Drug Enforcement Administration rounded up some Latin Kings involved in a Danbury crack-trafficking ring. "Certainly, something like this [a jury wanting out of a trial] is exceedingly rare," said Attorney General Richard Blumenthal, who once served as Connecticut's U.S. attorney. "Particularly since this was not a criminal prosecution."

Nor were any members of the Terminators, a onetime violent Bridgeport drug gang, or the Latin Kings, another alleged drug gang, a party to the case. Gibson filed the civil suit against Leslie Brooks, a former warden at the Osborn Correctional Institution in Somers and State Correction Lt. Glenn Diefenderfor. Gibson claims the two failed to protect him from cruel and unusual punishment after he told Diefenderfor a four-man hit squad was on his trail.

Blumenthal's office represents the warden and correction officer.

Gibson claimed he learned on Sept. 13, 1999, that he was targeted to be "hit." He told the jury he gave the names of the suspected would-be assailants to Diefenderfor, who he said, assured him he'd be protected

Three of the four men were moved to other facilities.

The fourth caught up with Gibson as he was frantically trying to phone Diefenderfor on Sept. 16, 1999. The man slashed his throat but Gibson escaped death.

"He was covered with blood and left a trail of blood going back to his cell," said Joseph Merly who, with John R. Williams, represents Gibson. "It took 12 staples to close the wound."

Although Gibson identified his assailant in court, the man was never charged because the victim declined to cooperate with the State Police investigation.

Merly had Gibson display the hideous scar to the jury.

"Something really spooked the jury," Merly said. "You know sometimes we forget how this must sound to lay people."

Gibson told the jury he was targeted for a hit because he was suspected of being an informer and one of his friends owed the Latin Kings money for drugs.

"They told Joe that you're his buddy so you pay the debt," said Merly.

Diefenderfor told a different story on the witness stand. He claimed the men were moved because Gibson said their lives were threatened.

John Walkley, a Trumbull lawyer who has represented drug gang members, including the Latin Kings, in criminal cases, also doesn't recall such a jury request in his 25 years of practice.

"Based on my experience I'm not sure that kind of fear is rational," said Walkley. "But it is a fear people have."

Gibson said Diefenderfor accompanied him to the hospital and apologized for allowing the assault to happen. Diefenderfor denied this.

Gibson said he still suffers headaches, a stiff neck, has trouble sleeping and is paranoid whenever anyone is behind him. He is seeking monetary damages.

"It's very unfortunate this happened," said Williams. "The case appeared to be going well for our client."

Walkley believes Eginton did the right thing in ordering a mistrial.

"He didn't want the jury to be influenced by this in considering a verdict, no matter how rational or irrational their fears," said Walkley.

Walkley recalled a similar incident in 1995 when he was a defense lawyer in a Latin King criminal case being tried at the federal courthouse here.

During the trial's first day, a female juror was seen weeping.

When asked what was the matter, Walkley recalled her saying "I really don't want to be on this jury. None of us do."

However, Senior U.S. District Judge Alan H. Nevas required all the jurors to remain although they were given armed escorts in and around the courthouse. There were no incidents.

With a new jury, Walkley believes Eginton is going to have to question each one either on paper or in the courtroom about their concerns regarding the Latin Kings and Terminators.

"He certainly does not want to go through this again," Walkley said.

Rowe said one option could be not disclosing the jurors' names or addresses during the selection

process.

"We've done that in an organized crime case in Hartford and a drug-gang case in Bridgeport," he said. "The lawyers have to agree and it requires extra precautions but it's not a real big deal."

Michael P. Mayko, who covers legal issues, can be reached at 330-6286.