UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | CIVIL NO. 3:02CV1592 (WWE) |
| v. | : | |
| WARDEN BROOKS, ET AL. | : | MAY 3, 2005 |

**DEFENDANTS' WITNESS LIST**

The defendants, Warden Brooks, et al., by and through their undersigned counsel, submit the following list witnesses to be called in the above case, scheduled for jury selection and trial this date:

Leslie Brooks, former Warden, Osborn Correctional Institution, 335 Bilton Road, Somers, CT, defendant, will refute the claims made against him, testify as to his actions in the case, identify and authenticate records in the case, identify and explain practices and procedures, and testify as to other issues in the case.

Glenn Diefenderfer, Lieutenant, Willard-Cybulski Correctional Institution, 391 Shaker Road, Enfield, CT, defendant, will refute the claims made against him, testify as to his actions in the case, identify and explain records and practices and procedures, and testify as to other issues in the case.

William King, Lieutenant, Osborn Correctional Institution, 335 Bilton Road, Somers, CT, will testify as to his actions in the case, identify and explain records and practices and procedures, including the results of the investigation in this matter, and testify as to other issues in the case.

Terence Rose, Major, Northern Correctional Institution, 287 Bilton Road, Somers, CT, will testify as to his actions in the case, identify and explain records and practices and procedures, including the results of the investigation in this matter, and testify as to other issues in the case.

Tommy Fountain, Correctional Officer, MacDougall-Walker Correctional Institution, 1153 East Street South, Suffield, CT, will testify as to his actions in the case and his observation of the plaintiff and circumstances, and other issues in the case.

Pedro Montanez, Correctional Officer, Willard-Cybulski Correctional Institution, 391 Shaker Road, Enfield, CT, will testify as to his actions in the case and his observations of the plaintiff and the circumstances, and other issues in the case.

Edward Armentrout, Correctional Officer (Retired), Osborn Correctional Institution, 335 Bilton Road, Somers, CT, will testify as to his actions in the case, and his observations of the plaintiff and the circumstances and other issues in the case.

Melvin Saylor, Lieutenant, MacDougall-Walker Correctional Institution, 1153 East Street South, Suffield, CT, will testify as to his actions in the case and his observations of the plaintiff and the circumstances and other issues in the case.

Timothy Burke, Captain, MacDougall-Walker Correctional Institution, 1153 East Street South, Suffield, CT, will testify as to his contacts with the plaintiff in the case and the circumstances, and other issues in the case.

Jeffrey McGill, Major, Northern Correctional Institution, 287 Bilton Road, Somers, CT, will testify as to his contacts with the plaintiff in the case and the circumstances, identify and

explain records and practices and procedures, including the results of the investigation into the matter, and testify as to other issues in the case.

Richard Bedard, Detective, Connecticut State Police, Easter District Major Crimes Unit, 401 West Thames Street, Unit 501, Norwich, CT, will testify as to his investigation into the matter and other issues in the case.

Frederick M. Abrams, Detective, Connecticut State Police, Troop K, 15 Old Hartford Road, Colchester, CT, will testify as to his investigation into the matter and other issues in the case.

Susan (Ducate) Gentile, M.D., Expert, Psychiatrist, Connecticut Valley Hospital, Silver Street, Middletown, CT, will testify as to plaintiff's condition, prognosis and causation and other issues in the case. Rule 26 Disclosure in Attachment D-1.

Anne Cournoyer, Department of Correction, 24 Wolcott Hill Road, Wethersfield, CT, will testify as to Inmate Grievance Administration remedies in existence at the time in issue, and other issues in the case.

Michael Phillips, Correctional Officer, Osborn Correctional Institution, 335 Bilton Road, Somers, CT, will testify as to lack of grievance filed by the plaintiff concerning the incident in issue, and other issues in the case.

                THE DEFENDANTS

      BY:     \_\_\_\_\_/s/_____
            ROBERT F. VACCHELLI
            Federal Bar No. ct05222
            Assistant Attorney General
            110 Sherman Street
            Hartford, CT  06105
            Tel.: (860) 808-5450
            Fax: (860) 808-5591
            E-Mail:  robert.vacchelli@po.state.ct.us
            Their Attorney

**CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed to the following on this 3d day of May, 2005:

Joseph Merly, Esq.
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven,  CT  06510

            _____/s/_____
            Robert F. Vacchelli
            Assistant Attorney General