UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | CIVIL NO. 3:02CV1592 (JCH) |
| v. | : | |
| WARDEN BROOKS, ET AL. | : | MAY 3, 2005 |

## DEFENDANTS' EXHIBIT LIST

501.   DOC Reports concerning 9/16/99 incident;

502.   Connecticut State Police Reports concerning 9/16/99 incident;

503.   Incident Report on Informant's Tip, 9/16/99;

504.   Transfer Records;

505.   Plaintiff's Movement Records;

506.   DOC Directive 9.6, Inmate Grievances (August 16, 1999);

507.   Plaintiff's Conviction Records;

508.   Expert Report, Dr. Suzanne (Ducate) Gentile, 9/30/04.

509.   Newspaper clippings.

                THE DEFENDANTS

            BY:  _____/s/_____
                ROBERT F. VACCHELLI
                Federal Bar No. ct05222
                Assistant Attorney General
                110 Sherman Street
                Hartford, CT  06105
                Tel.: (860) 808-5450
                Fax: (860) 808-5591
                E-Mail:  robert.vacchelli@po.state.ct.us
                Their Attorney

### **CERTIFICATION**

  I hereby certify that a copy of the foregoing was mailed to the following on this 3d day of May, 2005:

Joseph Merly, Esq.
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

                     _____/s/_____
                     Robert F. Vacchelli
                     Assistant Attorney General