CT/cvjysel (January 18, 2002)

TOTAL TIME: ___ hours ___ minutes     DEPUTY CLERK D. CANDEE / R. Jackman     HONORABLE W. Eginton     RPTR/ERO/TAPE Carruth

DATE 5/3/05     START TIME 1:30     END TIME 4:30
RECESS FROM ___ TO ___     LUNCH RECESS FROM ___ TO ___ (if more than 1/2 hour)

Joseph Gibson III     CIVIL NO. 3:02CV1592
vs.
Brooks, et al

§
§
§  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

Joseph Merly
Plaintiffs Counsel

Robert Vacchelli
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to ___
☑ ☑ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until ___
☑ # Motion ___  ☐ granted ☐ denied ☐ advisement
☐ # Motion ___  ☐ granted ☐ denied ☐ advisement
☐ # Motion ___  ☐ granted ☐ denied ☐ advisement
☐ # Motion ___  ☐ granted ☐ denied ☐ advisement
☑ dft  Motion in limine -- Resp Due by 5/13     ☑ filed ☐ docketed
☑ dft witness list filed     ☑ filed ☐ docketed
☐ dft exhibit list filed     ☑ filed ☐ docketed
☐ ___     ☐ filed ☐ docketed

☑ 62 # jurors present
☑ Voir Dire oath administered by Clerk  ☑ previously administered by Clerk
☑ Voir Dire by Court
☐ Peremptory challenges exercised (See attached)
☑ Jury of 8 drawn (See attached) ☑ and sworn ☐ Jury Trial commences
☐ Remaining jurors excused
☐ Discovery deadline set for ___
☐ Disposition Motions due ___
☐ Joint trial memorandum due ___
☑ Trial continued until 5/23/05 at 9:00 am

☑ COPY TO: JURY CLERK