UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | |
| | : | |
| VS. | : | NO. 3:02CV1592(WWE) |
| | : | |
| WARDEN BROOKS and | : | |
| C.T.O. DIEFENDERFOR | : | MAY 12, 2005 |

## MOTION IN LIMINE RE PLAINTIFF'S PRESENT INCARCERATION

The Plaintiff in this action, Joseph Gibson, III, hereby moves for an order precluding the Defendants and all of their witnesses from stating in the presence of the jury that Mr. Gibson is presently incarcerated. Such information is completely irrelevant to the issues in this trial and can serve only to prejudice the jury against Mr. Gibson and his case.

Mr. Gibson is presently incarcerated for a parole violation which he strenuously denies and for which he has not been adjudicated. No relevance or good purpose can be advanced in referring to the Plaintiff's present incarceration or in allowing the jury to learn of it. Such information can only have a prejudicial effect on the jury and a negative and unfair effect on the trial thereby endangering the integrity of the proceedings.

WHEREFORE, the Plaintiff moves for an order precluding any reference to the Plaintiff's present incarceration.

        THE PLAINTIFF,
        JOSEPH GIBSON, III


By: _____
    Joseph M. Merly, Esq.
    John R. Williams and Associates, LLC
    51 Elm Street, Suite 409
    New Haven, CT 06510
    Telephone No.: (203)562-9931
    Fax No.: (203)776-9494
    Federal Bar No. CT 21266


CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 12th day of May, 2005 to the following counsel of record:

Robert F. Vacchelli, Esq.
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105


        _____
        Joseph M. Merly, Esq.
        John R. Williams and Associates, LLC