UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | |
| | : | |
| VS. | : | NO. 3:02CV1592(WWE) |
| | : | |
| WARDEN BROOKS and | : | |
| C.T.O. DIEFENDERFOR | : | MAY 12, 2005 |

**OBJECTION TO DEFENDANTS'**
**MOTION IN LIMINE**

  The Plaintiff in this action, Joseph Gibson III, hereby objects to the Defendants' May 3, 2005 Motion in Limine.

  The recent attack on the Plaintiff is causally related to the attack on the Plaintiff which occurred on September 16, 1999 and is therefor relevant to these proceedings as an element of damages. It is the Plaintiff's contention that as the Latin Kings were unsuccessful in their 1999 assault on him, it is their policy to continue their attacks until they finish the job. Had the Defendants properly protected Mr. Gibson from the initial attack in 1999, he would not have recently been a target.

  Personal involvement of the Defendants in the constitutional deprivation suffered by the Plaintiff is present despite the fact that the latest attack occurred long after the original attack. The more recent assault on the Plaintiff was nothing more than the next chapter of the Latin Kings' ongoing attempt to murder Mr. Gibson which started on September 16, 1999 and is therefor directly linked to the original constitutional deprivation.

  WHEREFORE, the Plaintiff objects to the Defendants' Motion in Limine and asks that it be denied.

        THE PLAINTIFF,
        JOSEPH GIBSON, III


By: _____
    Joseph M. Merly, Esq.
    John R. Williams and Associates, LLC
    51 Elm Street, Suite 409
    New Haven, CT 06510
    Telephone No.: (203)562-9931
    Fax No.: (203)776-9494
    Federal Bar No. CT 21266


## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 12th day of May, 2005 to the following counsel of record:

Robert F. Vacchelli, Esq.
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105


    _____
    Joseph M. Merly, Esq.
    John R. Williams and Associates, LLC