**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOSEPH GIBSON, III, | : | No. 3:02CV1592 (WWE) |
| *Plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| WARDEN BROOKS, ET AL. | : | |
| *Defendants.* | : | MAY 18, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, Warden Brooks, et al., have manually filed the following documents:

- **Exhibits A through E** – Memorandum in Opposition to Plaintiff's Motions in Limine

These documents have not been filed electronically because:

[ ]   the documents cannot be converted to an electronic format
[ X ]   the electronic file size of the document exceeds 1.5 megabyte
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS
Warden Brooks, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Robert F. Vacchelli
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut  06105
Tel. (860) 808-5450
Fax (860) 808-5591
e-mail: Robert.Vacchelli@po.state.ct.us
Federal bar #ct05222

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 18th day of May, 2005, to the following:

Joseph Merly, Esq.
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, Connecticut 06510

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General