# EXHIBIT A

A TRUE COPY ATTEST:

*[signature]*

JOHN G. CRONIN
CT STATE MARSHAL
TOLLAND COUNTY

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

JOSEPH GIBSON, III

V.

WARDEN BROOKS and

C.T.O DIEFENDERFOR

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1] 3:02CV1592(WWE)

TO: Warden David N. Strange, Osborn Correctional Institution
100 Bilton Road
Somers, CT 06071

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| 915 Lafayette Boulevard  Bridgeport, CT 06604 | Honorable Warren E. Eginton |
| | DATE AND TIME  Monday, May 23, 2005  9:00 a.m. |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[X] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): 1. The inmate transfer history for inmate Emmanuel Estrada (Estrata). 2. All Restrictive Housing Unit Orders for inmate Emmanuel Estrada (Estrata). 3. All incident reports concerning or in any way involving Emmanuel Estrada (Estrat 4. All logs of the Osborn Correctional Institution's kitchen for June, 1999 through September 16, 1999, which indicates the names and times which inmates entered or exited the kitchen.

| PLACE | DATE AND TIME |
|---|---|
| 915 Lafayette Boulevard  Bridgeport, CT 06604 | Monday, May 23, 2005  9:00 a.m. |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Attorney for Plaintiff | 5-18-05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

JOSEPH M. MERLY, 51 Elm Street, Suite 409, New Haven, CT 06510    (203) 562-9931

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)