UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | CIVIL NO. 3:02CV1592 (WWE) |
| v. | : | |
| WARDEN BROOKS, ET AL. | : | MAY 23, 2005 |

**DEFENDANTS' EXHAUTIONS OF ADMINISTRATIVE REMEDIES INTERROGATORIES AND VERDICT**

The following is proposed in addition to Section 1 of the previously furnished Jury Interrogatories and Verdict form by the defendants:

    1.A.   Did the plaintiff attempt to seek informal resolution of his complaint at his prison concerning his complaints against the defendants in this case in 1999 prior to filing an inmate grievance in accordance with DOC Directive 9.6?

                                      \_\_\_\_\_ Yes     \_\_\_\_\_ No

    B.   Did the plaintiff file a written grievance and written appeal from the denial of a grievance at his prison concerning his complaints against the defendants in this case in 1999 in accordance with DOC Directive 9.6?

                                      \_\_\_\_\_ Yes     \_\_\_\_\_ No

2

      C.  Did the Department of Correction resolve any informal resolution or grievance, if any, in favor of the plaintiff concerning plaintiff's complaints against the defendants in this case in 1999?

      \_\_\_\_\_ Yes    \_\_\_\_\_ No

After answering these questions, please forward your answers to the Judge for further instruction.

Dated at _____ Connecticut this \_\_\_\_ day of _____ 2005.

_____
Foreperson

THE DEFENDANTS

BY: _____
ROBERT F. VACCHELLI
Federal Bar No. ct05222
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail:  robert.vacchelli@po.state.ct.us
Their Attorney

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 23rd day of May, 2005:

Joseph M. Merly, Esq.
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Robert F. Vacchelli
Assistant Attorney General