**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JOSEPH GIBSON, III                          :          CIVIL NO. 3:02CV1592 (WWE)

  v.                                        :

WARDEN BROOKS, ET AL.                       :          MARCH        , 2005


### DEFENDANTS' QUALIFIED IMMUNITY JURY INTERROGATORIES AND VERDICT

The following is proposed in lieu of Section 2 C of the previously furnished Jury  Interrogatories

and Verdict form by the defendants:


    2 C.    If you find that plaintiff failed to prove any of the following facts, then report

your findings on this form for appropriate rulings by the court on the legal issue of qualified

immunity:

    Did the plaintiff convey to the defendant Diefenderfer the information that he was in

danger of assault by the Inmate Figueroa?     _____ Yes     _____ No

    Did the plaintiff convey to the defendant Brooks the information that he was in danger of

assault by the Inmate Figueroa?               _____ Yes     _____ No

    Did the defendant Diefenderfer receive the information, if any, stated above?

                                     _____ Yes     _____ No

    Did the defendant Brooks receive the information, if any, stated above?

_____ Yes      _____ No

Did the defendant Diefenderfer ignore or fail to respond reasonably to the information, if any, stated above?

_____ Yes      _____ No

Did the defendant Brooks ignore or fail to respond reasonably to the information, if any, stated above?

_____ Yes      _____ No

If you have answered no on any or all questions as to both defendants, go to section 3. If you have answered yes to all questions as to both or any defendant, continue on below.

Dated at _____ Connecticut this _____ day of _____ 2005.


_____
Foreperson




THE DEFENDANTS



BY:     _____
ROBERT F. VACCHELLI
Federal Bar No. ct05222
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail:  robert.vacchelli@po.state.ct.us
Their Attorney

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this        day

of March, 2005:


Joseph M. Merly, Esq.
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven,  CT  06510



_____
Robert F. Vacchelli
Assistant Attorney General