United States District Court
District of Connecticut
FILED AT

5/23/05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

D. Carlee

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | CIVIL NO. 3:02CV1592 (WWE) |
| v. | : | |
| WARDEN BROOKS, ET AL. | : | MAY 23, 2005 |

## DEFENDANTS' PROPOSED JURY INSTRUCTION – MEDICAL PROOF

The following is proposed in addition to the proposed jury instructions previously furnished by the defendants:

Even if a plaintiff suffers physical impact that would cause fear in a reasonable person, the plaintiff will not be permitted to recover for emotional distress unless he actually suffers an emotional injury as a result of the physical impact. Though a plaintiff need not present medical proof of emotional distress, some objective proof apart from the plaintiff's testimony must be offered in order for a jury to determine that the plaintiff suffered real emotional injury, such as other witnesses. Buckley v. Metro Commuter R.R., 29 F.3d 1337, 1345 (2nd Cir. 1999); Miner v. City of Glens Falls, 99 F.2d 655, 663 (2nd Cir. 1993).

THE DEFENDANTS

BY: /s/ Robert F. Vacchelli
ROBERT F. VACCHELLI
Federal Bar No. ct05222
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail: robert.vacchelli@po.state.ct.us
Their Attorney

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 23rd day of May, 2005:

Joseph M. Merly, Esq.
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General

2