CTcv trial (October 17, 2001)

HONORABLE **W.W. EGINTON**
DEPUTY CLERK **D. CANDEE**   RPTR/ERO/TAPE **M. CORRETTE**

TOTAL TIME: **6** hours **45** minutes

DATE **5/23/05**   START TIME **9:15 A.M.**   END TIME **5:00 P.M.**
LUNCH RECESS FROM **1:00 PM** TO **2:00 PM**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**JOSEPH GIBSON III**   CIVIL NO. **3:02CV1592 (WWE)**   **JOSEPH MERLY**
                                                          Plaintiffs Counsel

vs.                                  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
**WARDEN BROOKS, et al**             **ROBERT VACCHELLI**
                                                          Defendants Counsel
                                                          **FISKE**

## CIVIL JURY/COURT TRIAL

☑ Jury of **8** report (see attached) ☑ Jury sworn
☑ Jury Trial held ☑ Jury Trial continued until **5/24/05** at **9:00 a.m.**
☐ Court Trial held ☐ Court Trial continued until _____ at _____
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☑ Motion __#__ _____ ☐ granted ☐ denied ☐ advisement
☐ Motion __#__ _____ ☐ granted ☐ denied ☐ advisement
☐ Motion __#__ _____ ☐ granted ☐ denied ☐ advisement
☐ Motion __#__ _____ ☐ granted ☐ denied ☐ advisement
☑ Oral Motion **MOT. FOR JUDGMENT AS MATTER OF LAW** ☐ granted ☑ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral motion _____ ☐ granted ☐ denied ☐ advisement
                                      ☐ filed ☐ docketed (×6)

☑ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)