ct7cvtrial (October 17, 2001)

HONORABLE W.W. EGINTON
DEPUTY CLERK D. CANDEE    RPTR/ERO/TAPE M. CORRIETTE
TOTAL TIME: 4 hours 15 minutes

DATE 5/24/05    START TIME 9:10 AM    END TIME 6:25
LUNCH RECESS FROM 11:15 AM TO 1:00 PM.    1.45
RECESS FROM 4:15 TO 6:20    (if more than 1/2 hour)

CIVIL NO. 3:02CV1592(WWE)

Joseph Gibson III
vs.
Warden Brooks, et al

Joseph Merly
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL,
Robert Vacchelli
Defendants Counsel
Robert Fiske

## CIVIL JURY/COURT TRIAL

☑ Jury of 8 report (see attached) ☐ Jury sworn
☑ ☑ Jury Trial held ☑ Jury Trial continued until 5/25/05 at 9:00
☐ ☐ Court Trial held ☐ Court Trial continued until ___ at ___
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☑ ORAL △ Motion FOR JUDGEMENT MATTER OF LAW ☐ granted ☑ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☑ _____ ☐ filed ☐ docketed
☑ ☐ Plaintiff(s) rests ☑ Defense rests
☑ Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☑ ☑ Summation held ☑ Court's Charge to the Jury
☑ All full exhibits, ☑ Verdict Form handed to the jury ☑ Interrogatories to the Jury handed to the jury
☑ Jury commences deliberations at 4:15pm
☐ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)