TOTAL TIME: ___ hours 50 minutes    HONORABLE W.W. EGINTON    CT/cvtrial (October 17, 2001)
DEPUTY CLERK D. CANDEE    RPTR/ERO/TAPE M. Cornette
                                                10:30 – 11:15
DATE 5/25/05    START TIME 12:30    END TIME 12:15
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Joseph Gibson

vs.

Warden Brooks, et al

CIVIL NO. 3:02CV1592(WWE)

Joseph Meerly
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL·
Robert Vacchelli
Defendants Counsel
Robert Fiske

## CIVIL JURY/COURT TRIAL

☑ Jury of 8 report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until ___ at ___
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until ___ at ___
☐ ctrlconc   Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ Summation held ☐ Court's Charge to the Jury
☑ All full exhibits, ☑ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury ~~commences~~ continues deliberations at 9:00 a.m.
☐ Court orders Jury to be fed at Govt. expense (see attached bill)
☑ SEE ☑ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

☐ ........  Court declares MISTRIAL

☑jyv ......  Verdict Form filed

☑ ........  VERDICT: _For Defendants_

_____
_____
_____
_____
_____

☑ ........  Court accepts verdict and orders verdict verified and recorded

☑ ........  Jury polled

## MISCELLANEOUS PROCEEDINGS