# United States District Court

DISTRICT OF Connecticut

Joseph Gibson III
v.
Warden Brooks, Et al

PLAINTIFF EXHIBIT ~~AND WITNESS~~ LIST

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| W. W. Eginton | Joseph M. Merly | Robert Vacchelli |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/23/05 | Maria Corriette | D. Candee |

CASE NUMBER: 3:02CV1592(WWE)

| PLF NO. | DEF NO. | DATE OFFERED | ID MARKED | FULL ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| #1 | | 5/23/05 | ID | | Photo Re: Scar |
| #2 | | 5/23/05 | ID | | Subpoena Re: Transfer History for Emmanuel Estrada |
| #3 | | 5/23/05 | ID | | Medical Records (4 pages) Mental Health Assessment Request for Mental Services Clinical Records |
| #4 | | 5/23/05 | ID | | Medical Records (3 pages) Mental Health Assessment Intake Health Screening |
| #5 | | 5/23/05 | | Full | Initial Report - State of CT. |
| #6 | | 5/23/05 | | Full | Inter-Agency Referral (Patient) Report |
| #7 | | 5/23/05 | | Full | Incident Report Package |
| #8 | | 5/23/05 | | Full | Affidavit of Leslie Brooks |

FILED 2005 MAY 26 A 11:48 U.S. DISTRICT COURT BRIDGEPORT, CONN

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages