# United States District Court

DISTRICT OF Connecticut

Joseph Gibson III
v.
Warden Brooks, et al

DEFENDANT EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:02CV1592(WWE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| W.W Eginton | Joseph M. Merly | Robert Vacchelli |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/23/05 | Maria Corriette | D. Candee |

| PLF NO. | DEF NO. | DATE OFFERED | ID ~~MARKED~~ | FULL ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 501 | 5/23/05 | | Full | Incident Report of 9/16/99 with Cover Sheet |
| | 502 | 5/23/05 | | Full | Ct. State Police Reports |
| | 503 | 5/23/05 | | Full | Incident Report Re: Tip 9/16/99 |
| | 504 | 5/23/05 | | Full | Transfer History/Records |
| | 506 | 5/24/05 | ~~I.D.~~ | Full ~~I.D.~~ | DOC Directive 9.6 - Inmate Grievances 8/10/99 |

FILED 2005 MAY 26 A 11:48 U.S. DISTRICT COURT BRIDGEPORT CONN

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages