# United States District Court

DISTRICT OF Connecticut

Joseph Gibson III
v.
Warden Brooks, et al

**WITNESS LIST**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| W. W. Eginton | Joseph M. Merly | Robert Vacchelli |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 5/23 | Maria Corriette | D. Candee |

CASE NUMBER: 3:02CV1592(WWE)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5/23/05 | | | Warden Brooks - Osborne C.I. |
| ✓ | | 5/23/05 | | | Joseph Gibson III - |
| ✓ | | 5/23/05 | | | Glen Diefenderfor - Enfield, CT. |
| | ✓ | 5/23/05 | | | Timothy Burke - Suffield, CT. |
| | ✓ | 5/23/05 | | | William King - Somers, CT. |
| | ✓ | 5/24/05 | | | McGill (Jeffrey) - Somers, CT. |
| | ✓ | 5/24/05 | | | Pedro Montanez - Enfield, CT. |
| | ✓ | 5/24/05 | | | Edward Gary Armentrout - Somers, CT. |
| | ✓ | 5/24/05 | | | Lt. Melvin Saylor - Suffield, CT. |
| | ✓ | 5/24/05 | | | Anne Cournoyer - Wethersfield, CT |
| | ✓ | 5/24/05 | | | Michael Phillips - Somers, CT. |
| | ✓ | 5/24/05 | | | Detective Frederick M. Abrams - Middletown, CT. |
| | ✓ | 5/24/05 | | | Richard Bedard - Norwich, CT. |
| ✓ | | 5/24/05 | | | Joseph Gibson III - recalled |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages