# EXHIBIT AND WITNESS LIST - CONTINUATION

Joseph Gibson III vs. Warden Brooks, et al   CASE NO. 3:02CV1592(WWE)

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| Court | | | | | |
| 1 | | 5/25/05 | | | Note from Jury |
| 2 | | 5/25/05 | | | Note from Jury |
| 3 | | 5/24/05 | | | Stipulation - Read to Jury |

FILED 2005 MAY 26 A 11:48 U.S. DISTRICT COURT BRIDGEPORT, CONN

Page ___ of ___ Pages

AO 187A (REV. 7/87)

Joseph Gibson III vs. Warden Brooks, et al   CASE NO. 3:02CV1592(WWE)