UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH GIBSON, III | :    No. 3:02cv1592 (WWE) |
|     v. | : |
| WARDEN BROOKS and C.T.O. DIEFENDERFOR | : |
| | :    May 24, 2005 |

### SPECIAL VERDICT FORM

1. Did the plaintiff prove by a preponderance of the evidence that he presented an informal complaint to defendant Diefenderfor and received a favorable disposition?

   Yes __X__          No _____

2. Did the plaintiff prove by a preponderance of the evidence that he was subjected to cruel and unusual punishment as a result of the acts or omissions of either or both of the defendants Brooks and/or Diefenderfor in violation of Title 42, section 1983?

   Brooks         Yes _____     No __X__

   Diefenderfor   Yes _____     No __X__

.   · 'If your answer to the above question is Yes as to either or both defendants, please proceed to the next question. If your answer to the above question is No as to both defendants, then your deliberations are at an end. The foreperson should sign and date this form.

3. Do you find that the acts or omissions of either or both of the defendants Brooks and/or Diefenderfor were a proximate cause of the plaintiff's damages?

    Brooks          Yes_____    No_____

    Diefenderfor    Yes_____    No_____

If your answer to the above question is Yes as to either or both defendants, please proceed to the next question. If your answer to the above question is No as to both defendants, then your deliberations are at an end. The foreperson should sign and date this form.

4. Under the law as given to you in these instructions, state the amount of compensatory or nominal damages the plaintiff should be awarded:

    $_____

5. You may only assess punitive damages against that defendant or those defendants against whom you have awarded compensatory or nominal damages. State the amount of punitive damages, if any, you assess against one or both of the defendants:

    Brooks          $_____

    Diefenderfor    $_____

**The Foreperson should sign and date the form of verdict.**

   _5/25/05_