UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Joseph Gibson, III

    v.                                        3:02CV1592 WWE

Warden Brooks,
Lieutenant King and
C.T.O. Diefenderfor

## JUDGMENT

This cause came on for trial before a jury and the Honorable Warren W. Eginton, Senior United States District Judge. On May 25, 2005, after deliberation, the jury returned a verdict in favor of the defendants Warden Brooks and C.T.O. Diefenderfor. On September 17, 2004 defendant Lieutenant King was granted summary judgment.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 2nd day of June, 2005.

KEVIN F. ROWE, Clerk

By  /s/   Deborah A. Candee
      Deputy Clerk

Entered on Docket_____