**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

June 2, 2005

Joesph M. Merly
51 Elm Street
Suite 409
New Haven, CT 06514

FILED 2005 JUN -2 P 2:06 U.S. DISTRICT COURT BRIDGEPORT, CONN.

Re: Case Name: Joseph Gibson, III v. Brooks, et al
    Number: 3:02CV1592(WWE)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

    Admitted/Full Exhibit #5 Initial Report - State of CT
    Admitted/Full Exhibit #6 Interagency Referral (patient) report
    Admitted/Full Exhibit #7 Incident Report Package
    Admitted/Full Exhibit #8 Affidavit of Leslie Brooks
    Marked/ID    Exhibit #1 Photo re: scar
    Marked/ID    Exhibit #2 Subpoena re: transfer history
    Marked/ID    Exhibit #3 Medical Records
    Marked/ID    Exhibit #4 Medical Records

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Deborah A. Candee
Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: _____