**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

June 2, 2005

Robert F. Vacchelli
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman St.
Hartford, CT  06111

Re: Case Name: Joseph Gibson, III v. Brooks, et al
    Number: 3:02CV1592(WWE)

Dear Attorney Vacchelli:

As the above matter has been disposed of in this court:

The defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

> Original Exhibit Book (binder) with Exhibits 501 - 509.
> Full/Admitted Exhibit #501 Incident Report of 9/16/99 with cover sheet.
> Full/Admitted Exhibit #502 Ct. State Police Reports.
> Full/Admitted Exhibit #503 Incident Report re:information 9/16/99.
> Full/Admitted Exhibit #504 Transfer History/Records
> Full/Admitted Exhibit #506 Dept. of Corr. Directive 9.6 (Inmate Grievances 8/16/99).

If they are not picked up by 6/10/05, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Deborah A. Candee
Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 6-8-05