UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH GIBSON, III | : | |
| | : | |
| VS. | : | NO. 3:02CV1592(WWE) |
| | : | |
| WARDEN BROOKS and | : | |
| C.T.O. DIEFENDERFOR | : | JUNE 22, 2005 |

## <u>A P P E A L</u>

The plaintiff Joseph Gibson, III, appeals to the United States Court of
Appeals from the Judgment entered against him in this matter on June 2, 2005, a
copy of which is attached hereto.


THE PLAINTIFF


BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX:  203/776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Robert F. Vacchelli, Esq., Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105.


_____

JOHN R. WILLIAMS