# 05-3409-cv

## IN THE
## United States Court of Appeals
### FOR THE SECOND CIRCUIT

---

**JOSEPH GIBSON, III,**
*Plaintiff-Appellant*

v.

**WARDEN BROOKS AND C.T.O. DIEFENDERFOR,**
*Defendants-Appellees*

**LT. KING,**
*Defendant*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

**APPENDIX**

---

## APPENDIX TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| A. | Juror Biographical Report, March 3, 2005 | A-1 |
| B. | Transcript of March 22, 2005 | A-3 |
| C. | News Clippings, Proposed Exhibit 509 | A-10 |
| D. | Juror Biographical Report, May 2, 2005 | A-16 |

APPENDIX A

Race Code:
1 - Blk   4 - Native Hawiian   6 - Asian   8 - Multi-Race
3 - Wht   5 - Native Amer. Indian   7 - Other   9 - Unk

## JUROR BIOGRAPHICAL REPORT

| lname | fname | city | pool # | sex | age | race | hisp | occupation | ed | HS+ | trade | emp_name | maritl stat | # child | spouse_occ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a | a | a | 0 | a | a | a | 0 | a | 0 | 0 | a | a | a | 0 | 0 |
|  |  | RIDGEFIELD | 89 | M | 49 | 3 |  | FINANCE AN | 0 | 0 |  | PRIVATE CA | M | 3 | EQVINE |
|  |  | MONROE | 50 | F | 47 | 3 | Y | TEACHER |  | 2 |  | CITY OF BP | M | 3 | POLICE OFF |
|  |  | RIVERSIDE | 59 | M | 59 | 3 | N | REAL ESTAT |  | 2 |  | SELF EMPLO | M | 3 |  |
|  |  | STAMFORD | 38 | F | 34 | 6 | N | HOUSEWIFE | 4 | 2 |  |  | M | 3 | CERTIFIED |
|  |  | SHELTON | 19 | F | 58 | 3 | N | ACCOUNTING | 4 |  | 1 | CELLMARK I | D | 1 |  |
|  |  | WILTON | 75 | F | 44 | 3 | N | SALES COMP |  |  |  | PITNEY BOW | M | 1 | CONSULTANT |
|  |  | DANBURY | 66 | F |  | 3 | N | CPA | 4 |  |  | MASTERCARD | M |  | ACTIVE DUT |
|  |  | TRUMBULL | 22 | F |  | 3 | N | RETIRED MA |  | 2 |  | METAL RESE | M | 3 | HOMEMAKER |
|  |  | NORWALK | 102 | F | 70 | 9 | Y | OFFICE MAN |  |  |  | THE BARON | D | 2 |  |
|  |  | SHELTON | 17 | M | 54 | 3 | N | ADMINISTRA |  | 2 |  | DISBLASI A | M | 2 | TRAFFIC SI |
|  |  | STAMFORD | 145 | M | 45 | 6 | N | ACCOUNTANT |  | 2 |  | VERTRUE IN | S |  |  |
|  |  | FAIRFIELD | 33 | F | 37 | 3 | N | PHARMACY T |  | 2 |  | CVS #1912 | W | 2 |  |
|  |  | DANBURY | 46 | F | 58 | 3 |  | DIRECTOR S |  | 2 |  | CADBURY SC | S |  |  |
|  |  | DANBURY | 24 | F | 49 | 3 | N | SOFTWARE E |  | 2 |  | GOODRICH | W | 2 |  |
|  |  | NEWTOWN | 42 | M | 62 | 3 | N | DISPATCHER |  | 2 |  | TRANSPORTA | M |  | TEACHER |
|  |  | MONROE | 76 | M | 47 | 3 | N | CORPORATE |  | 2 |  | MOOR WALLA | M | 1 | NURSE PRAC |
|  |  | SHELTON | 54 | M | 32 | 3 | N | SALES |  | 2 |  | COMBS INC | M | 3 | REAL ESTAT |
|  |  | TRUMBULL | 77 | M | 35 | 3 | N | SALESMAN |  | 2 |  |  | M |  |  |
|  |  | DANBURY | 80 | M | 2 | 3 | N | SOCIAL WOR |  | 2 |  | FAMILY AND | M | 2 | TILE SETTE |
|  |  | BROOKFIELD | 125 | M | 38 | 3 | N |  |  | 2 |  | DEPT OF LA | D |  |  |
|  |  | SHELTON | 133 | F | 56 | 3 | N | SALES SERV |  | 2 |  | KAYSER ROT | M | 2 | VP FINANCE |
|  |  | STAMFORD | 107 | M | 49 | 3 |  | MANAGERMEN |  |  |  | GUPTON MAR | D |  |  |
|  |  | TRUMBULL | 3 | M | 44 | 3 | N | SALES |  |  |  | INTERNATIO | M | 2 | ULTRASOUND |
|  |  | WILTON | 74 | M | 58 | 3 | N | SELF EMPLO |  | 2 |  | GET REAL E | M | 3 | HOUSEWIFE |
|  |  | REDDING | 13 | F | 36 | 3 | N | PUBLIC REL |  | 2 |  |  | M |  |  |
|  |  | NORWALK | 135 | F | 50 | 3 | U | CORPORATE |  |  |  | BOMBARDIER | D |  |  |
|  |  | DANBURY | 104 | M | 36 | 3 |  | QUALITY AS | 4 | 2 |  | COCA COLA | M | 3 | TUTOR HOM |
|  |  | GREENWICH | 84 | M | 35 | 3 | N | FIELD WORK | 4 |  | 1 | CATHOLIC C | M | 3 |  |
|  |  | FAIRFIELD | 49 | F | 38 | 3 |  | HUMAN RESO | 4 |  |  | PEOPLES BA | S |  |  |
|  |  | NEW CANAAN | 124 | M | 60 | 3 |  | PUBLISHER |  | 2 |  | HAGEDORN C | M | 2 | PUBLISHER |
|  |  | NORWALK | 136 | M | 26 | 3 | N | AUTOMOTIVE | 4 | 2 | 1 | MIDIS INTE | S |  |  |
|  |  | STRATFORD | 130 | F | 61 | 3 |  | SHOW COORD | 4 |  |  | ADVANSTAR | M | 2 | ARCHITECT |
|  |  | SANDY HOOK | 110 | F | 61 | 3 |  | STOCK ROOM |  |  |  | BRANSON UL | M |  | TOOL DYE M |
|  |  | NEWTOWN | 85 | F | 60 | 3 | N | RECEPTIONI |  | 2 |  | THE HOMEST | M | 2 | SOFTWARE E |
|  |  | BRIDGEPORT | 94 | F | 33 | 3 |  | TEACHERS A |  | 2 |  | BD OF ED O | S | 1 | SELF EMPLO |
|  |  | REDDING | 146 | M | 41 | 3 |  | MARKETING | 4 | 2 |  | BYTE INTER | M | 2 | HVAC |
|  |  | OLD GREENW | 134 | M |  | 3 |  |  | 4 |  |  |  | W |  |  |
|  |  | STAMFORD | 25 | M | 65 | 3 | N | BANKER |  |  |  | CORNERSTON | S |  |  |
|  |  | RIDGEFIELD | 7 | M | 57 | 3 | N | ENGINEER |  | 2 |  | AMSYS COMP | M | 1 |  |
|  |  | FAIRFIELD | 57 | M | 30 | 3 | N | FINANCE |  | 2 |  | UBS | M |  | SALES ASSI |

A-1

Race Code:
1 - Blk   4 - Native Hawlian   6 - Asian
3 - Wht   5 - Native Amer. Indian   7 - Other
8 - Multi-Race   9 - Unk

## JUROR BIOGRAPHICAL REPORT

| lname | fname | city | pool # | sex | age | race | hisp | occupation | ed | HS+ | trade | emp_name | marital stat | # child | spouse_occ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | SHELTON | 51 | F | 58 | 3 | N | RETIRED RE |  |  |  |  | M |  | RET ELECTR |
|  |  | TRUMBULL | 97 | M | 65 | 3 | N | RETIRED | 4 |  |  |  | D | 7 |  |
|  |  | RIVERSIDE | 131 | M | 35 | 3 | N | SALES | 4 | 2 |  | MERRILL LY | M | 3 |  |
|  |  | SANDY HOOK | 44 | M | 43 | 3 | N | DIRECTOR B |  | 2 |  | PITNEY BOW | M | 2 | TREASURY A |
|  |  | WILTON | 111 | F |  | 3 | N |  |  | 2 |  |  |  |  | RETIRED BU |
|  |  | STRATFORD | 108 | F | 68 | 3 | N | RETIRED RE | 4 | 2 |  |  | M |  | MOTHER |
|  |  | STAMFORD | 60 | M |  | 3 | N |  | 4 | 2 |  | TRILEGIANT | M | 2 | REAL ESTAT |
|  |  | DANBURY | 56 | M | 37 | 6 | N | SALES MANA |  | 2 |  | VERIZON WI | M | 2 |  |
|  |  | WESTON | 90 | F |  | 3 | N | INTERIOR D | 4 | 2 |  | SUZANNE NO | W | 2 | SYSTEM ANA |
|  |  | STAMFORD | 31 | M | 29 | 3 | N | SOFTWARE E | 4 | 2 |  | INTERACTIV | M |  |  |
|  |  | BROOKFIELD | 61 | F | 54 | 3 | N | SR ASSOC D |  | 2 |  | BOEHRINGER | D | 1 | VP OPERATI |
|  |  | DANBURY | 15 | F | 53 | 3 | N | MEDICAL AS | 4 | 2 |  | DANBURY | M |  | MARKETING |
|  |  | TRUMBULL | 115 | M | 46 | 3 | N | COMMERICAL | 4 | 2 |  | PEOPLES BA | M | 2 | TEACHER |
|  |  | OLD GREENW | 52 | M | 59 | 9 | Y | FACILITIES |  | 2 |  | PENINSULA | M | 1 |  |
|  |  | BRIDGEPORT | 23 | M | 43 | 9 | Y |  | 4 |  |  |  | S |  |  |
|  |  | NEWTOWN | 100 | F | 41 | 3 | N | AST PROGRA |  |  |  | GREENWICH | M | 2 | EQUIPTMENT |
|  |  | BRIDGEPORT | 55 | M | 30 | 1 |  | SHIPPING | 4 |  |  | SURESOURCE | S | 3 |  |
|  |  | WESTPORT | 122 | F | 47 | 3 |  |  |  | 2 |  |  | D |  |  |
|  |  | BRIDGEPORT | 149 | F | 29 | 3 | N | SOCIAL WOR |  | 2 |  | CASEY FAMI | S |  | TEACHER |
|  |  | MONROE | 99 | M | 49 | 3 | Y | MANAGER GA |  | 2 |  | DIVISION O | M | 2 | MATH TEACH |
|  |  | MONROE | 150 | M | 46 | 3 | N |  | 4 | 2 |  |  | M |  |  |
|  |  | RIVERSIDE | 148 | F | 57 | 9 | Y | HOUSEWIFE | 4 |  |  |  | M |  | MACHINE OP |
|  |  | STRATFORD | 87 | M | 60 | 3 | N | ADMINSTRAT | 4 |  |  | FLETCHER T | S |  |  |
|  |  | WESTPORT | 39 | M | 53 | 3 | N | TRANSPORTA |  | 2 |  | URBITRAN A | M | 3 | SOCIAL WOR |
|  |  | RIDGEFIELD | 71 | M | 46 | 3 | N | TELEVISION | 4 | 2 |  | CBS SPORTS | M | 2 | YOGA PRODU |
|  |  | BROOKFIELD | 41 | M | 41 | 3 | N | FORENSIC S |  | 2 |  | WESTCHESTE | M | 2 | FORENSIC S |
|  |  | STAMFORD | 116 | M | 43 | 3 |  | LETTER CAR | 4 | 2 |  | USPC | S |  |  |
|  |  | FAIRFIELD | 93 | F | 55 | 3 | N |  | 4 | 2 |  |  | M | 4 |  |
|  |  | STRATFORD | 142 | M | 41 | 3 | N | JIG BUILDE |  |  |  | SIKORSKY A | S |  |  |
|  |  | NEW FAIRFI | 86 | F |  | 3 | N |  |  | 2 |  |  | M |  | RETIRED EC |
|  |  | SOUTHPORT | 91 | F | 51 | 3 | N | REALTOR |  | 2 |  | WILLIAM RA | M | 1 | TEACHER |
|  |  | NORWALK | 45 | F | 32 | 3 | N | SALES |  |  |  | BAILEY BAN | M |  |  |
|  |  | STAMFORD | 26 | F | 31 | 3 | N |  |  | 2 |  |  | S |  |  |
|  |  | FAIRFIELD | 65 | M |  | 3 |  |  |  |  |  |  | D |  |  |
|  |  | WESTPORT | 78 | M | 43 | 3 | N | DEPT HEAD |  | 2 |  | NEW CANAAN | M |  | SCIENTIST |

A-2

1

APPENDIX B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH GIBSON, III,                    .    Case No. 3:02-CV-01592
                                       .    (WWE)
                Plaintiff,             .
                                       .    Bridgeport, Connecticut
        v.                             .    March 22, 2005
                                       .
WARDEN BROOKS AND                      .
                                       .
CTO DIEFENDERFOR,                      .
                                       .
                Defendants.            .
.   .   .   .   .   .   .   .   .   .   .   .   .

TRIAL
BEFORE THE HONORABLE WARREN W. EGINTON
SENIOR UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:          Law Offices
                            By: JOSEPH M. MERLY, ESQ.
                            51 Elm Street
                            Suite 409
                            New Haven, CT 06510

For the Defendant:          Attorney General's Office
                            By: ROBERT VACCHELLI, ESQ.
                                ROBERT FISKE, III, ESQ.
                            Public Safety
                            MacKenzie Hall
                            110 Sherman Street
                            Hartford, CT 06111

Court Monitor:              MS. MARIA CORRIETTE

Proceedings recorded by electronic sound recording.
Transcript prepared by transcription service.

BOWLES REPORTING SERVICE
P.O. BOX 607
GALES FERRY, CONNECTICUT 06335
(860) 464-1083

A-3

```
 1        (Proceedings commenced at 9:25 a.m.)

 2            THE COURT:  Debbie, while I'm thinking about

 3   it, we better pick up those books in due course, those

 4   exhibit books, so -- eventually.  You don't have to do

 5   it now, but do it eventually.

 6            Well, good morning.  The -- We live in

 7   interesting times, as the Chinese like to say.  Times

 8   are getting more interesting, as you've seen this

 9   morning, with the federal judge in Florida having to

10   make a decision which didn't surprise me, his decision,

11   because he -- usually we will back up what state court

12   judges do.  No reason for the federal court to get

13   involved with state court proceedings when you have a

14   matter of state court law.

15            You've seen the law out in Oregon with

16   assisted suicide and so on.  These are matters for the

17   state, and I think you'll see this play out pretty much

18   that way, but it's -- and you've seen what's happened

19   in Chicago and Atlanta, so all this does is bear out

20   what I told you at the outset.

21            Our civil cases were getting to be as

22   emotional as our criminal cases, and it's rare now,

23   that we have a dry old anti-trust case such as we used

24   to have.  It's mostly all pretty much emotional civil

25   rights litigation.
```

A-4

1           I think what we have to do, and we're

2  starting to do it more and more, is pick anonymous

3  juries, as we do in many criminal cases, and bring that

4  over into the civil litigation and have anonymous

5  juries in civil litigation.

6           So, I'm going to discharge you based upon

7  what Debbie has told me your reaction to the evidence

8  is.  I gather your concern is that at jury selection

9  you did what I've been doing, whether you answered the

10  questionnaire with your names and your cities or towns

11  of residence?  That's pretty much what happened?

12           (No audible response.)

13           THE COURT:  Okay.  I think we'll stop doing

14  that probably in cases of this type.

15           The importance of jury service, I told you

16  about the other day.  It is very important to us.  You

17  can see why.  If -- It's very easy to condemn one

18  person, and what happened in Chicago is of interest to

19  us for a couple reasons.  It's rare that they go after

20  a judge's family rather than the judge, but it shows

21  the problem of lack of respect for the system.  If they

22  feel that one person is off the mark, either blind or

23  stupid or corrupt, they react pretty much the way they

24  do when an umpire makes a call against the home team

25  and everybody gets very emotional about it.

*A-5*

1    So, I would argue, keep respect for the

2  system.  We really depend heavily on juries because

3  it's very hard to criticize what eight people in a

4  civil case, or twelve people in a criminal case do.

5  Much easier to criticize one person than numbers

6  (inaudible) consensus agreement.

7    So that's why I hope you all continue to

8  offer yourselves for jury service.  We can't just

9  abdicate our responsibilities as citizens, so we will

10  try to take the necessary steps to improve this

11  situation and make it better for you, but I hope that

12  you will not be of the opinion that you can just avoid

13  your responsibilities as citizens, and you won't find

14  too many cases as emotional as this one turned out to

15  be.

16    I would recommend that you not discuss the

17  case.  You heard part of the evidence.  You don't know

18  what a jury would do after hearing all of the evidence.

19  The defense case was just getting underway, so I think

20  the -- Obviously, you probably will discuss your

21  experiences with jury selection and being called to

22  serve, but I would suggest that you not get into the

23  details of the evidence in the case.  It doesn't

24  concern me too much because I will be picking another

25  jury and will try the case eventually, but I would like

A-6

1 to avoid anything getting in the media (inaudible) if

2 we can avoid this, and that doesn't help us either,

3 people reading this and saying their being afraid to

4 come in and serve on juries at all.  So I'd like to

5 keep it out of the media.

6   Okay.  We'll send you on your way.  Thank you

7 very much.  You've given us all a lesson to think

8 about.

9   (Jury out.)

10   THE COURT:  I don't know what we'll do about

11 rescheduling because we'll have to consult with you on

12 your availability and my availability, and the

13 possibility of fitting in jury selection where I've got

14 a couple of other juries I'm going to be selecting, so

15 I'll talk to Judge Hall.  I suspect I will keep the

16 case and we'll try to figure out where we can fit it

17 in.

18   It looks to me as though the case can be

19 tried in about three days, and that would -- I would

20 think, and we'll try to carve out three days, and what

21 you might do is talk to Nancy before you leave, and

22 give her dates of your unavailability so we know when

23 you're not available, and we'll work around that.  Give

24 us about a three-month outlay there, April, May and

25 June, and we'll see what we can do with it.

*A-7*

1          All right.  Thank you, gentlemen.

2          COUNSEL:  Thank you, Your Honor.

3      (Proceedings concluded at 9:32 a.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

A -8

### C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

*Stephen C. Bowles*                    August 25, 2005

STEPHEN C. BOWLES

A-9

# CNN.com

MEMBER SERVICES                    International Edition

⚫ The Web  ○ CNN.com

| | |
|---|---|
| Home Page | |
| World | |
| U.S. | |
| Weather | |
| Business | |
| Sports | |
| Politics | |
| Law | |
| Technology | |
| Science & Space | |
| Health | |
| Entertainment | |
| Travel | |
| Education | |
| Special Reports | |

DR. SANJAY GUPTA HOSTS
memory
CNN

**SERVICES**
Video
E-mail Newsletters
Your E-mail Alerts
RSS
CNNtoGO
TV Commercials
Contact Us
**SEARCH**

Web ⊙ CNN.com ○

# LAW CENTER

## Judge dismisses jurors who feared for safety

Wednesday, March 23, 2005 Posted: 11:39 AM EST (1639 GMT)

**BRIDGEPORT, Connecticut (AP) — A federal judge dismissed jurors in a trial involving a suspected prison snitch and a reputed gang member after members said they feared for their safety.**

Senior U.S. District Judge Warren W. Eginton discharged the six men and two women Tuesday and declared a mistrial in the case of Joseph Gibson III.

Gibson alleged in a lawsuit that prison officials failed to protect him from a reputed gang member who slashed his throat at Osborn Correctional Institution in Somers on September 16, 1999.

Gibson said he was attacked because he was suspected of being an informer and a friend owed a gang drug money.

Gibson said he has had a host of medical problems from the attack and is seeking monetary damages.

Joseph Merly, one of Gibson's lawyers, had Gibson show the scar to the jury this week.

"Something really spooked the jury," Merly said. "You know sometimes we forget how this must sound to lay people."

The jury's dismissal comes after the recent murders of a judge's husband and mother in Illinois, and a judge and courthouse staff members in Atlanta.

advertiser links                what's this?

**MyCashNow - $100 - $1,000 Overnight**
Payday Loan Cash goes in your account overnight. Very low fees. Fast decisions....
www.mycashnow.com

**Refinance Rates Hit Record Lows**
Get $150,000 loan for $720 per month. Refinance while rates are low.
www.lowermybills.com

**Compare Mortgage Offers**
Up to four free mortgage, refinance or home equity offers - one easy form.
www.nextag.com

**LendingTree.com - Official Site**
Lendingtree - Find a mortgage, refinance, home equity or auto loan now. Receive...
www.lendingtree.com

**YOUR E-MAIL ALERTS**
○ Trials
[Activate] or **CREATE YOUR OWN**
Manage alerts | What is this?

International Edition
martin
LAST NAM
FIRST NAM
State/Pro

Fin
Gra

Copyright 2005 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

advertisement

Story Tools

DEFENDANT'S EXHIBIT
Civ
CASE NO. 3:02CV1592
EXHIBIT NO. 509





**Hartford Courant** : Subscribe : Newspaper Services

# courant.com

Shopping  Jobs  Cars  Real Estate  Classified

Market Place

⊙ courant.com  ○ the web  | Enter Keywords            enhanced by **Google**   Log in | Regist

Jobs
Cars
Real Estate
Mortgages
Apartments
Classified
Shopping
Sales & Deals
Place an Ad
Coupons

News

Connecticut
Towns
Latest News
Education
Health
Northeast
Politics
Special Reports
World/Nation

Business
Life
Sports
Opinion
Obituaries
Entertainment
Site Tools

Yellow Pages
Maps
Traffic
Weather
Site Map

Courant Services

Subscribe
Archives
Photo Reprints

AP_STATE WIRE

## Jury fears for own safety, begs out of assault trial

March 23, 2005
Associated Press

**BRIDGEPORT, Conn.** -- A federal judge has dismissed a jury in a day-old trial involving a suspected prison snitch and a reputed gang member after jurors said they feared for their own safety.

Senior U.S. District Judge Warren W. Eginton discharged the six men and two women on Tuesday and declared a mistrial in the case of Joseph Gibson III.

The clerk of federal courts in Connecticut, Kevin Rowe, said he could not recall any other time in the past 30 years that a jury begged out of a case.

Gibson alleges in a lawsuit that prison officials failed to protect him from a vicious assault that left him with a slashed throat at the Osborn Correctional Institution in Somers on Sept. 16, 1999.

Gibson says he was attacked by a member of the Terminators gang, which he claimed served as the enforcer for the Latin Kings drug gang. Gibson said he was targeted for a hit because he was suspected of being an informer and one of his friends owed the Latin Kings money for drugs.

The lawsuit names Leslie Brooks, former warden at Osborn, and prison guard Glenn Diefenderfor and accuses them of failing to protect Gibson from cruel and unusual punishment.

Gibson claims he told Diefenderfor that he was being targeted by a four-man hit squad three days

ad\

UTILITIES

✉ E-mail story
📧 Most e-mailed stories
🖨 Printer-friendly version

MORE HEADLINES

📄 Man accused in mother's death rejects plea deal

📄 Coach to pitch pasta sauce

📄 Memo causes flap in reference to homeless people

📄 Briefs from the state Capitol

📄 Lawmakers unveil package to help save sub base

TOP JOBS

from CareerBuilder

Browse Ads
View Page 1
Courant Media Kit
Newspaper Services

Make courant.com
Your Homepage

before the attack. He said he gave the names of the four suspects to Diefenderfor and that Diefenderfor assured him he would be protected.

Three of the four men were moved to other prisons, but the fourth caught up with Gibson as Gibson was frantically trying to call Diefenderfor and slashed his throat. Gibson escaped death but was left with a wound that required 12 staples to close.

The assailant was never charged with the case because Gibson failed to cooperate with the state police investigation.

Gibson claimed that Diefenderfor accompanied him to the hospital and apologized for allowing the assault to happen. Diefenderfor denied that allegation.

Diefenderfor told a different story on the witness stand. He claimed the men were moved to other prisons because Gibson said their lives were threatened.

Joseph Merly, one of Gibson's lawyers, had him show the scar to the jury this week.

"Something really spooked the jury," Merly said. "You know sometimes we forget how this must sound to lay people."

The jury's request came against the backdrop of the recent murders of a federal judge's husband and mother in Illinois and a state judge and some courthouse staff in Atlanta.

State Attorney General Richard Blumenthal, whose office is representing Brooks and Diefenderfor, said a jury wanting out of a trial is rare, but especially so in Gibson's case because it was not a criminal prosecution.

Gibson said he has a host of medical problems that were caused by the attack and is seeking monetary damages.

----------------

Information: Connecticut Post, http://www.connpost.com

SITE / CIVIL ENGINEERS
MCFARLAND-JOHNSON INC

MAINTENANCE LABORER
BRISTOL HOUSING
AUTHORITY

ACCOUNTS
RECEIVABLE / BILLINGS
SPECIALIST
SHIPMAN & GOODWIN LLP

K-12 MATH
CURRICULUM
COORDINATOR
TOLLAND PUBLIC
SCHOOLS

AUTOMOTIVE FINANCE
& INSURANCE MANAGER
TORRINGTON HONDA

SENIOR INVESTMENT
ANALYST
SAVINGS BANK LIFE
INSURANCE COMPANY

UNDERWRITING
SPECIALIST
W.R. BERKLEY
CORPORATION

DRIVER / DELIVERY

BANK SERVICE
TECHNICIAN

CUSTOMER SERVICE /
INSIDE SALES
VENG USA

----------------

View All Top Jobs
Post A Job

A - 12

Mistrial declared as jury asks out

8-member panel dismissed after fearing for safety

MICHAEL P. MAYKO mmayko@ctpost.com
Connecticut Post

BRIDGEPORT — Members of a federal jury, fearing for their own safety, begged out of hearing any more evidence in a civil suit involving the bloody assault of a suspected prison snitch by a reputed member of the Terminators gang.

Senior U.S. District Judge Warren W. Eginton discharged the six-men, two-women jury after learning of their "profound fear" of continuing. Their discharge Tuesday led to a mistrial in the day-old trial.

The alleged victim in the case, Joseph Gibson III, claims the Terminators serve as enforcers for the Latin Kings.

Kevin Rowe, clerk of the federal courts in Connecticut, said this is the first time he could recall in the past 30 years that a jury begged out of a case.

The jury's request came against the backdrop of the recent murders of a federal judge's husband and mother in Illinois and a state judge and some courthouse staff in Atlanta. It also comes about three weeks after the U.S. Drug Enforcement Administration rounded up some Latin Kings involved in a Danbury crack- trafficking ring. "Certainly, something like this [a jury wanting out of a trial] is exceedingly rare," said Attorney General Richard Blumenthal, who once served as Connecticut's U.S. attorney. "Particularly since this was not a criminal prosecution."

Nor were any members of the Terminators, a onetime violent Bridgeport drug gang, or the Latin Kings, another alleged drug gang, a party to the case. Gibson filed the civil suit against Leslie Brooks, a former warden at the Osborn Correctional Institution in Somers and State Correction Lt. Glenn Diefenderfor. Gibson claims the two failed to protect him from cruel and unusual punishment after he told Diefenderfor a four-man hit squad was on his trail.

Blumenthal's office represents the warden and correction officer.

Gibson claimed he learned on Sept. 13, 1999, that he was targeted to be "hit." He told the jury he gave the names of the suspected would-be assailants to Diefenderfor, who he said, assured him he'd be protected

Three of the four men were moved to other facilities.

A - 13

The fourth caught up with Gibson as he was frantically trying to phone Diefenderfor on Sept. 16, 1999. The man slashed his throat but Gibson escaped death.

"He was covered with blood and left a trail of blood going back to his cell," said Joseph Merly who, with John R. Williams, represents Gibson. "It took 12 staples to close the wound."

Although Gibson identified his assailant in court, the man was never charged because the victim declined to cooperate with the State Police investigation.

Merly had Gibson display the hideous scar to the jury.

"Something really spooked the jury," Merly said. "You know sometimes we forget how this must sound to lay people."

Gibson told the jury he was targeted for a hit because he was suspected of being an informer and one of his friends owed the Latin Kings money for drugs.

"They told Joe that you're his buddy so you pay the debt," said Merly.

Diefenderfor told a different story on the witness stand. He claimed the men were moved because Gibson said their lives were threatened.

John Walkley, a Trumbull lawyer who has represented drug gang members, including the Latin Kings, in criminal cases, also doesn't recall such a jury request in his 25 years of practice.

"Based on my experience I'm not sure that kind of fear is rational," said Walkley. "But it is a fear people have."

Gibson said Diefenderfor accompanied him to the hospital and apologized for allowing the assault to happen. Diefenderfor denied this.

Gibson said he still suffers headaches, a stiff neck, has trouble sleeping and is paranoid whenever anyone is behind him. He is seeking monetary damages.

"It's very unfortunate this happened," said Williams. "The case appeared to be going well for our client."

Walkley believes Eginton did the right thing in ordering a mistrial.

"He didn't want the jury to be influenced by this in considering a verdict, no matter how rational or irrational their fears," said Walkley.

Walkley recalled a similar incident in 1995 when he was a defense lawyer in a Latin King criminal case being tried at the federal courthouse here.

During the trial's first day, a female juror was seen weeping.

When asked what was the matter, Walkley recalled her saying "I really don't want to be on this jury. None of us do."

However, Senior U.S. District Judge Alan H. Nevas required all the jurors to remain although they were given armed escorts in and around the courthouse. There were no incidents.

With a new jury, Walkley believes Eginton is going to have to question each one either on paper or in the courtroom about their concerns regarding the Latin Kings and Terminators.

"He certainly does not want to go through this again," Walkley said.

Rowe said one option could be not disclosing the jurors' names or addresses during the selection

*A - 14*

process.

"We've done that in an organized crime case in Hartford and a drug-gang case in Bridgeport," he said. "The lawyers have to agree and it requires extra precautions but it's not a real big deal."

Michael P. Mayko, who covers legal issues, can be reached at 330-6286.

A - 15

**Race Code:**
1 - Blk   4 - Native Hawiian   6 - Asian
3 - Wht   5 - Native Amer. Indian   7 - Other

## JUROR BIOGRAPHICAL REPORT

8 - Multi-Race
9 - Unk

| pool # | sex | age | race | hisp | occupation | ed | HS+ | trade | emp_name | marit stat | # child | spouse_occ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 202 | F | 37 | 8 | Y | SR. ENROLL | | | | | M | 1 | SANITATION |
| 46 | M | 67 | 3 | N | MAIL HANDL | 4 | 2 | | | W | 1 | DECEASED |
| 51 | M | 64 | 3 | N | RETIRED CH | | 2 | | | M | | RETIRED CH |
| 3 | F | 47 | 1 | N | INFORMATIO | | 2 | | | M | 2 | COMPOSIT F |
| 165 | U | | 7 | N | | | | | | | | |
| 270 | M | | 7 | U | | | 2 | | | | | SELF-EMPLO |
| 34 | F | 35 | 3 | U | HOMEMAKER | | | | | M | 2 | SELF-EMPLO |
| 205 | F | 35 | 3 | N | PERSONAL T | | 2 | | | S | | HOMEMAKER |
| 224 | M | 56 | 3 | N | RETIRED MA | | | | | M | 1 | HOMEMAKER |
| 221 | M | 51 | 3 | N | ADMINISTRA | 4 | | | | M | 3 | FOOD SER |
| 183 | F | 53 | 3 | N | LIBRARIAN | 4 | 2 | | | M | 2 | D. FIRE CH |
| 251 | F | 56 | 3 | N | RETIRED LE | | 2 | | | S | 2 | CFO |
| 194 | F | 59 | 3 | N | RETIRED SA | | 2 | | | M | 3 | SPECIAL ED |
| 27 | M | 68 | 3 | N | | | | | | D | 2 | |
| 74 | M | 62 | 1 | N | SALES | | | | | | | |
| 99 | F | 62 | 7 | N | | | | | | S | | |
| 138 | M | 0 | 7 | Y | STUDENT | | | | | | | |
| 150 | F | 23 | 3 | N | HIGH SCHOO | | 2 | | | M | 2 | HISTOPATHO |
| 260 | F | 29 | 3 | Y | RETIRED EX | | 2 | | | M | 2 | HOMEMAKER |
| 154 | M | 57 | 3 | N | HOUSEWIFE, | 4 | 2 | | | M | 2 | WRITER |
| 166 | F | 63 | 9 | N | FOOD SERVI | | 2 | | | W | | GROUP LEAD |
| 110 | F | 53 | 3 | N | HOUSESITTE | | 2 | | | M | 2 | BARBER/STY |
| 181 | F | 38 | 3 | N | ACCOUNTING | | 2 | | | M | 3 | EVENTS COO |
| 193 | M | 43 | 3 | N | INFORMATIO | 4 | 2 | | | M | 2 | PHOTOGR |
| 48 | M | 46 | 1 | N | | 4 | 2 | | | M | | |
| 203 | M | | 6 | N | SKILLED TE | | 2 | | | M | 1 | |
| 114 | F | 39 | 3 | N | | | | | | S | | PURCHASING |
| 122 | M | | 3 | N | PRESIDENT, | 4 | 2 | | | M | 3 | |
| 248 | M | 49 | 3 | N | PRESIDENT, | | 2 | | | M | 3 | |
| 204 | M | 47 | 3 | N | EXECUTIVE | 4 | 2 | | | M | 4 | TECHNOLOGI |
| 98 | M | 47 | 3 | N | RETIRED SR | | 2 | | | M | | HOMEMAKER |
| 269 | M | | 1 | N | AUDITOR | 4 | 2 | | | M | 5 | |
| 145 | M | 47 | 3 | N | COMPUTER O | 4 | 2 | | | M | | |
| 298 | F | 69 | 3 | N | INS. AGENT | 4 | 2 | 1 | | M | | X-RAY TECH |
| 77 | F | 52 | 1 | N | PURCHASING | | 2 | 1 | | S | | |

Page 1

**JUROR BIOGRAPHICAL REPORT**

Race Code:
1 - Blk   4 - Native Hawaiian   6 - Asian
3 - Wht   5 - Native Amer. Indian   7 - Other
8 - Multi-Race
9 - Unk

| pool # | sex | age | race | hisp | occupation | ed | HS+ | trade | emp_name | marit stat | # child | spouse_occ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 210 | M | 29 | 3 | N | MANAGER, S | | 2 | | | M | 1 | |
| 71 | F | 42 | 3 | N | ADMINISTRA | 4 | 2 | | | M | 2 | CARPENTER |
| 277 | M | 21 | 3 | N | ELECTRICIA | | | 1 | | S | | |
| 11 | F | 56 | 9 | N | SALES ADMI | 4 | 2 | | | M | 2 | BUSINESS, |
| 217 | F | 44 | 3 | N | CUSTOMER S | 4 | 2 | | | M | | WAREHOUSE |
| 133 | M | | 3 | | | 4 | 2 | | | M | 3 | FLIGHT MEC |
| 188 | F | 52 | 3 | N | ADMINISTRA | 4 | 2 | | | M | 3 | HOMEMAKER |
| 196 | M | 100 | 3 | N | VP OF SALE | | 2 | | | M | 2 | HOMEMAKER |
| 40 | M | | 3 | N | | | 2 | | | M | | |
| 245 | M | 48 | 3 | N | CHIEF ENGI | 4 | 2 | | | M | 3 | ADMIN, ASS |
| 273 | F | 46 | 3 | N | PART-TIME | | 2 | | | M | 2 | MANAGEMENT |
| 23 | M | 53 | 3 | N | PHARMACERT | 4 | 2 | | | M | 2 | TEACHER |
| 50 | F | 45 | 3 | N | REGULATORY | 4 | | 1 | | D | 3 | |
| 187 | M | 45 | 3 | Y | AREA MGR, | 4 | | | | M | 2 | HOUSEWIFE |
| 140 | M | 22 | 3 | N | STUDENT | | | | | S | | |
| 219 | M | 43 | 3 | N | SELF-EMPLO | | 2 | | | M | 3 | HOMEMAKER |
| 118 | F | | 1 | N | | | | | | | | |
| 205 | M | 41 | 3 | N | CONTRACTOR | 4 | 2 | | | D | 2 | DOCTOR |
| 86 | F | 49 | 3 | N | NURSE | 4 | | | | M | 3 | STOCK CLER |
| 156 | F | 59 | 3 | N | HOMEMAKER | | 2 | | | M | 2 | MGT CONSUL |
| 242 | F | 65 | 3 | N | RETIRED ED | | | | | | | |
| 163 | M | | 1 | U | | | | | | | | |
| 266 | M | 59 | 3 | N | SALES | 4 | 2 | | | M | 1 | SALES |
| 80 | F | 30 | 3 | N | SALES MANA | 4 | 2 | | | M | 1 | SALES |
| 44 | M | 55 | 3 | N | ATTORNEY | | 2 | | | M | 1 | COST ANALY |
| 153 | F | 24 | 3 | U | CATERER | | | | | M | 5 | CATERER |
| 233 | M | 70 | 1 | U | DRIVER | 4 | | | | S | | |
| 256 | M | 44 | 3 | N | | | | | | | | |
| 29 | F | | 3 | N | | | | | | D | 1 | |
| 60 | F | 46 | 3 | N | ACCOUNTANT | | 2 | | | M | | MACHINIST/ |
| 293 | M | 57 | 3 | N | SELF-EMPLO | 4 | 2 | 1 | | M | 3 | HOUSEWIFE |
| 162 | M | 55 | 3 | N | | | | | | S | | |
| 275 | F | 42 | 3 | N | INVESTMENT | | 2 | | | M | 2 | CLOTHING I |
| 261 | F | 57 | 3 | N | BUSINESS O | 4 | | | | M | 3 | BUSINESS O |
| 41 | F | 49 | 3 | N | COMPUTER C | | 2 | | | M | 1 | COMPUTER C |
| 176 | F | | 3 | N | FINANCE DI | | | | | M | | COURIER |
| 72 | M | 58 | 1 | N | NURSING/ME | 4 | | | | M | | |
| 113 | F | 58 | 1 | N | MACHINE OP | 4 | | | | M | 3 | WELDER |
| 211 | M | 63 | 1 | N | | | 2 | | | M | | REGISTERED |
| 58 | M | 37 | 3 | N | CUSTOMER S | | | | | S | | |
| 225 | M | 64 | 8 | N | ATTORNEY/P | | 2 | | | M | 1 | TEACHER-HO |

Page:

A-17

Race Code:
1 - Blk   3 - Wht   4 - Native Hawiian   5 - Native Amer. Indian   6 - Asian   7 - Other   8 - Multi-Race   9 - Unk

## JUROR BIOGRAPHICAL REPORT

| lname | fname | city | pool # | age | sex | race | hisp | occupation | ed | HS+ | trade | emp_name | marital stat | # child | spouse_occ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | | 209 | 34 | | 9 | Y | HEALTHCARE | 4 | | | | M | 3 | SURGICAL T |
| [redacted] | [redacted] | | 91 | 62 | M | 9 | N | CONCRETE M | 4 | | 1 | | D | 3 | |
| [redacted] | [redacted] | | 220 | 66 | F | 9 | N | CLAIMS ANA | 4 | | | | M | | ASSESSOR |
| [redacted] | [redacted] | | 4 | 30 | M | 3 | N | BANKING | 4 | | | | S | | |
| [redacted] | [redacted] | | 281 | 53 | M | 3 | | HOMEBUILDE | | 2 | | | M | 2 | REAL ESTAT |
| [redacted] | [redacted] | | 53 | 35 | M | 3 | N | ASSOCIATE | | 2 | | | M | 2 | FREELANCE |
| [redacted] | [redacted] | | 132 | 28 | M | 3 | N | ELECTRICAL | | 2 | | | M | | CHIROPRACT |
| [redacted] | [redacted] | | 43 | 35 | | 3 | | STAY-AT-HO | | 2 | | | M | | VENTURE CA |
| [redacted] | [redacted] | | 9 | 33 | F | 3 | N | BRANCH OPE | 4 | | | | S | | |
| [redacted] | [redacted] | | 70 | 40 | | 3 | | TECHNICAL | | | | | M | | SALES |
| [redacted] | [redacted] | | 151 | 31 | M | 3 | N | FINANCE | | 2 | | | M | | CONTROLLER |
| [redacted] | [redacted] | | 57 | 48 | F | 3 | N | CONSULTING | | | | | M | 2 | BANKING |
| [redacted] | [redacted] | | 157 | 42 | M | 3 | U | DRIVER | | | | | M | 2 | RN |
| [redacted] | [redacted] | | 172 | 48 | F | 3 | N | RESTAURANT | | 2 | | | M | 2 | RESTAURANT |
| [redacted] | [redacted] | | 111 | 38 | M | 3 | | | 4 | | | | S | 4 | STAY-AT-HO |
| [redacted] | [redacted] | | 176 | 38 | F | 3 | N | ACTUARY/CO | | 2 | | | M | | |
| [redacted] | [redacted] | | 18 | 43 | M | 3 | N | AUTO/EQUIP | | | | | S | | |
| [redacted] | [redacted] | | 204 | 42 | M | 3 | N | LAWYER | 4 | | | | M | 2 | HOUSEWIFE |
| [redacted] | [redacted] | | 218 | 61 | F | 3 | N | HOUSEWIFE | | 2 | | | M | | |
| [redacted] | [redacted] | | 280 | 67 | F | 3 | N | TEACHER | 4 | | | | M | 3 | NEWS REPOR |
| [redacted] | [redacted] | | 24 | 54 | M | 3 | N | INSURANCE | | 2 | | | M | 3 | AUDIO VISU |
| [redacted] | [redacted] | | 231 | 32 | M | 3 | N | ORACLE DEV | | 2 | | | S | | |
| [redacted] | [redacted] | | 175 | | F | 3 | N | WEB STRATE | | 2 | | | S | | |
| [redacted] | [redacted] | | 31 | 54 | M | 3 | N | SECURITIES | 4 | | | | M | 1 | UNEMPLOYED |
| [redacted] | [redacted] | | 238 | 21 | M | 3 | | SELF-EMPLO | 4 | | 1 | | S | | |
| [redacted] | [redacted] | | 10 | 39 | F | 3 | N | ADMINISTRA | | 2 | | | M | 1 | I.S. DIREC |
| [redacted] | [redacted] | | 255 | 51 | F | 9 | Y | SECRETARY | 4 | | | | D | | |
| [redacted] | [redacted] | | 240 | 35 | F | 3 | U | | | 2 | | | M | | EMPLOYEE |
| [redacted] | [redacted] | | 124 | | M | 3 | | | | | | | M | | |
| [redacted] | [redacted] | | 118 | | M | 1 | N | HEALTH CAR | 4 | 2 | | | M | 2 | |
| [redacted] | [redacted] | | 87 | 48 | M | 3 | N | CREDIT MAN | | 2 | | | M | 2 | ADMINSTRA |
| [redacted] | [redacted] | | 63 | 42 | F | 3 | | WESTWALK O | 4 | | | | S | | MARKETING |
| [redacted] | [redacted] | | 167 | 20 | M | 1 | | | | | | | D | | |
| [redacted] | [redacted] | | 84 | | M | 3 | | | | | | | M | | |
| [redacted] | [redacted] | | 230 | 47 | M | 3 | N | RETIRED SU | 4 | 2 | | | M | 5 | COOPERATIV |
| [redacted] | [redacted] | | 255 | 77 | F | 3 | N | PARAPROFES | | 2 | | | D | 4 | UNEMPLOYED |
| [redacted] | [redacted] | | 164 | 51 | F | 3 | | | | 2 | | | M | | |
| [redacted] | [redacted] | | 191 | | M | 3 | N | SECURITY G | | 2 | | | M | 3 | FOOD SVC M |
| [redacted] | [redacted] | | 61 | 61 | M | 3 | N | REINSURANC | | 2 | | | M | 2 | SELECTMAN |
| [redacted] | [redacted] | | 207 | 53 | M | | | | | | | | | | |

Page 3

A-13    US DISTRICT COURT BPT CT    MAY-02-2005 16:52    203 579 5867    P.04/06

Race Code:
1 - Blk    4 - Native Hawiian    6 - Asian
3 - Wht    5 - Native Amer. Indian    7 - Other

**JUROR BIOGRAPHICAL REPORT**    8 - Multi-Race    9 - Unk

| lname | fname | frame | city | pool # | sex | age | race | hisp | occupation | ed | HS+ | trade | emp_name | maritl stat | # child | spouse_occ |
|-------|-------|-------|------|--------|-----|-----|------|------|------------|-----|-----|-------|----------|-------------|---------|------------|
| | | | | 244 | F | 31 | 3 | N | MINISTER | 4 | 2 | | | D | | |
| | | | | 241 | M | | 3 | N | COMPUTER S | 4 | 2 | | | S | | |
| | | | | 142 | F | 49 | 3 | N | VP FAMILY | 4 | | | | M | 1 | SECRETARY |
| | | | | 271 | M | 45 | 3 | N | OWNER | 4 | 2 | | | M | 1 | HOMEMAKER |
| | | | | 130 | M | 46 | 3 | | COMMERCIAL | | 2 | | | M | | |
| | | | | 66 | | | 3 | | OFFICE MAN | | 2 | | | D | 2 | FBI AGENT |
| | | | | 257 | F | 59 | 3 | N | COMPUTER S | 4 | 2 | | | S | | |
| | | | | 248 | M | 47 | 3 | N | VIDEO SERV | | | | | S | | SCHOOL TEA |
| | | | | 216 | M | 44 | 3 | | PAINT & LA | 4 | | | | M | | HOUSEWIFE |
| | | | | 206 | M | 45 | 3 | N | CARPENTER, | 4 | 2 | | | M | 3 | |
| | | | | 286 | M | 51 | 3 | N | BUSINESS M | 4 | 2 | | | M | | |
| | | | | 185 | F | 39 | 3 | | ELECTRICIA | | | 1 | | M | 3 | |
| | | | | 14 | M | 55 | 3 | | | 4 | | | | W | | |
| | | | | 170 | M | | 3 | N | RETIRED CP | | 2 | | | M | 5 | HOMEMAKER |
| | | | | 228 | M | 64 | 3 | N | TELECOMMUN | | | 1 | | M | | |
| | | | | 184 | M | 50 | 3 | N | RURAL CARR | | | | | W | | |
| | | | | 299 | F | 51 | 3 | N | LAWYER | | 2 | | | M | 3 | PUBLIC REL |
| | | | | 49 | M | 50 | 3 | N | CONSTRUCTI | 4 | | | | M | 2 | PROCESSOR |
| | | | | 239 | M | 53 | 3 | Y | COMPUTER O | | | 1 | | S | | |
| | | | | 94 | M | 41 | 9 | N | CONSULTANT | | 2 | | | D | 2 | PHYSICIAN |
| | | | | 8 | M | | 3 | N | ATTORNEY | | 2 | | | M | 2 | |
| | | | | 274 | M | 65 | 3 | N | EXECUTIVE | | 2 | | | S | | |
| | | | | 174 | F | 42 | 3 | N | NON-PROFIT | 4 | | | | M | 1 | BANKER |
| | | | | 68 | M | 53 | 3 | N | PAYROLL MA | | 2 | | | M | | |
| | | | | 162 | F | 51 | 3 | U | | | 1 | | | M | | |
| | | | | 2 | F | 52 | 3 | | | 4 | | | | M | | |
| | | | | 82 | M | | 3 | | | | | | | | | |
| | | | | 134 | U | | 3 | N | RETIRED DR | | 2 | | | W | 2 | HOMEMAKER |
| | | | | 180 | M | 69 | 6 | N | PORTFOLIO | | 2 | | | M | | |
| | | | | 108 | M | 41 | 3 | N | ACCOUNTANT | 4 | 2 | | | M | 3 | TEACHER, E |
| | | | | 144 | M | 50 | 3 | N | RETIRED AT | | 2 | | | M | 3 | |
| | | | | 47 | M | 66 | 1 | | | | | | | D | 4 | |
| | | | | 291 | F | 41 | | | | 4 | | | | D | | |
| | | | | 195 | F | | | | | | | | | | | |
| | | | | 197 | | 39 | 3 | N | BANK TELLE | | 2 | | | M | | FINANCE |
| | | | | 102 | F | 56 | 6 | Y | PRESIDENT/ | | 2 | | | M | 3 | TEACHER |
| | | | | 177 | F | 58 | 3 | | BOOKKEEPER | 4 | 2 | | | M | 2 | VP SALES |
| | | | | 258 | M | 44 | 3 | | STAFF ANAL | 4 | 2 | | | M | | HOMEMAKER |
| | | | | 6 | | 64 | 3 | | RETIRED EX | 4 | 2 | | | M | | HOUSEWIFE |
| | | | | 249 | M | 46 | 3 | N | CONSULTANT | 4 | 2 | | | M | 2 | DOMESTIC G |
| | | | | 37 | | | | | | | | | | | | |

Monday, May 02, 2005

Race Code:
1 - Blk   4 - Native Hawiian   6 - Asian
3 - Wht   5 - Native Amer. Indian   7 - Other

JUROR BIOGRAPHICAL REPORT
8 - Multi-Race
9 - Unk

| lname | fname | city | pool # | sex | age | race | hisp | occupation | ed | HS+ | trade | emp_name | marit stat | # child | spouse_occ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 107 | M | 40 | 3 | N | ASST. MANA | | 2 | | | D | 2 | |
| | | | 13 | F | | 3 | N | | 4 | 2 | | | S | | BOOKKEEPER |
| | | | 227 | M | 43 | 3 | | MECHANIC | 4 | | 1 | | S | 1 | SELF-EMPLO |
| | | | 7 | M | 40 | 3 | N | ESTATE PLA | 4 | 2 | | | M | 3 | |
| | | | 297 | M | | 3 | | | 4 | 2 | | | M | | HOMEMAKER |
| | | | 213 | M | | 3 | | | 4 | | | | S | | |
| | | | 15 | M | 43 | 3 | N | SITE SUPER | 4 | 2 | | | M | 1 | |
| | | | 223 | F | 82 | 3 | N | HOMEMAKER | 4 | | 1 | | D | | GROUP LEAD |
| | | | 243 | M | 51 | 3 | N | BACK OFFIC | 4 | 2 | | | M | 1 | ADMIN. ASS |
| | | | 201 | M | 24 | 3 | | | 4 | | | | S | 2 | |
| | | | 190 | M | 31 | 1 | N | TEST COORD | 4 | | | | S | | |
| | | | 192 | F | 27 | 3 | N | MEDICAL BI | 4 | 2 | | | S | 2 | MACHINE OP |
| | | | 171 | M | 44 | 3 | N | OPERATIONS | 4 | | | | S | | ELECTRICIA |
| | | | 5 | F | 29 | 6 | N | | | | | | M | 1 | |
| | | | 59 | M | 26 | 3 | N | PROFESSION | 4 | 2 | | | M | | FINANCE |
| | | | 247 | F | 46 | 3 | N | INSURANCE | 4 | 2 | | | S | | |
| | | | 148 | F | | 3 | N | | | | | | M | | |
| | | | 284 | F | | 9 | Y | | | | | | S | 1 | |
| | | | 73 | M | | 3 | U | | | | | | D | | |
| | | | 139 | M | 56 | 3 | N | MARKETING | | 2 | | | S | | |
| | | | 101 | M | | | | | | | | | | | | |
| | | | 22 | M | | | | | | | | | | | | |

Page 5

A - 20